# Exhibit C

# Cooley
## GODWARD KRONISH LLP

ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

June 25, 2010

KATHLEEN ODNE
MOUNT DIABLO YMCA CREDITORS' COMMITTEE
1333 N. CALIFORNIA BOULEVARD
SUITE 330
WALNUT CREEK CA 94596

**Bill Number**
**20100607022** 02 FM     190     190


**313468-   201**
Re: **COMMITTEE REPRESENTATION**


**For services rendered through May 31, 2010:**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/11/10 | RLE | ANALYZE ISSUES REGARDING SALE MOTION AND POTENTIAL LIMITED OBJECTION | .30 |
| 5/11/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING LIMITED OBJECTION TO SALE MOTION | .10 |
| 5/12/10 | GSK | BEGIN REVIEWING PLEADINGS AND DOCUMENTS ON FILE IN DEBTOR'S CASE | 2.60 |
| 5/12/10 | GSK | BEGIN DRAFTING LIMITED OBJECTION TO SALE OF IDF FACILITIES | 1.60 |
| 5/12/10 | GSK | CALL WITH I. MACDONALD, T. GREEN AND R. EISENBACH RE SALE ORDER, CLOSING AND CREDITORS COMMITTEE CONCERNS | .50 |
| 5/12/10 | GSK | CALL TO JUDGE JELLEN'S CHAMBERS RE KEEPING MAY 13, 2010 HEARING ON CALENDAR | .10 |
| 5/12/10 | GSK | REVIEW OF PRELIMINARY TITLE REPORT FOR PLEASANT HILL REAL PROPERTY | .20 |
| 5/12/10 | RLE | CONFERENCE CALL WITH I. MACDONALD, T. GREEN, G. KLEINER REGARDING IDF SALE ISSUES | .50 |
| 5/12/10 | RLE | DRAFT AND REVISE LIMITED OBJECTION TO CLOSING OF IDF FACILITIES SALE | 1.50 |
| 5/12/10 | RLE | REVIEW IDF FACILITIES SALE AGREEMENT, MOTION PAPERS AND SALE ORDER | .90 |
| 5/12/10 | RLE | COORDINATE NOTICE TO JUDGE | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|          |     |                                                                              |       |
|----------|-----|------------------------------------------------------------------------------|-------|
|          |     | JELLEN'S DEPUTY REGARDING HEARING                                            |       |
| 5/12/10  | RLE | EXCHANGE EMAILS WITH COMMITTEE REGARDING LIMITED OBJECTION                   | .30   |
| 5/12/10  | RLE | LEAVE DETAILED VOICE MAILS FOR I. MACDONALD REGARDING IDF FACILITIES SALE AND PAYOFF INFORMATION | .20 |
| 5/12/10  | RLE | PREPARE EMAIL TO I. MACDONALD WITH INFORMATION REQUESTS REGARDING IBF FACILITIES SALE AND PAYOFF OF CREDITORS | .20 |
| 5/12/10  | RLE | REVIEW SCHEDULES REGARDING SECURED CREDITORS                                 | .10   |
| 5/12/10  | RLE | REVIEW PRELIMINARY TITLE REPORT ON IDF FACILITIES                           | .20   |
| 5/12/10  | KTC | PREPARE EMPLOYMENT APPLICATION, EISENBACH DECLARATION, AND PROPOSED ORDER    | 1.40  |
| 5/12/10  | KTC | REVISE COMMITTEE'S LIMITED OBJECTION TO PROPOSED SALE OF REAL PROPERTY       | .40   |
| 5/12/10  | KTC | PREPARE REQUEST FOR NOTICE, PROOF OF SERVICE, AND SERVICE LIST               | .50   |
| 5/12/10  | GSK | REVIEW AND ANNOTATE REQUEST FOR NOTICE                                       | .10   |
| 5/13/10  | GSK | REVIEW AND REVISE CERTIFICATE OF SERVICE FOR LIMITED OBJECTION RE REAL ESTATE SALE | .20 |
| 5/13/10  | GSK | CALL TO JUDGE JELLEN'S CHAMBERS RE HEARING GOING FORWARD AND LIMITED OPPOSITION FILED BY CREDITORS COMMITTEE | .10 |
| 5/13/10  | RLE | FINALIZE LIMITED OBJECTION TO CLOSING OF SALE                                | .20   |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**313468-    201   201006-07022      190**

| Date | | Description | Hours |
|------|---|-------------|-------|
| 5/13/10 | RLE | PREPARE EMAIL TO COUNSEL FOR DEBTOR AND BUYER REGARDING LIMITED OBJECTION | .10 |
| 5/13/10 | RLE | TELEPHONE CONFERENCE WITH M. MCKEE REGARDING COMMITTEE MEMBERSHIP ISSUES | .10 |
| 5/13/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING COMMITTEE MEMBERSHIP ISSUES | .20 |
| 5/13/10 | RLE | PREPARE FOR AND APPEAR AT HEARING ON IDF FACILITIES SALE | 1.70 |
| 5/13/10 | RLE | CONFERENCES WITH COUNSEL, PARTIES AT HEARING REGARDING IDF FACILITIES SALE | .20 |
| 5/13/10 | RLE | PREPARE EMAIL TO K. ODNE REGARDING HEARING RESULT | .10 |
| 5/13/10 | RLE | PREPARE EMAIL UPDATE TO COMMITTEE REGARDING HEARING AND RELATED ISSUES | .40 |
| 5/13/10 | RLE | REVIEW UCC REPORT | .30 |
| 5/13/10 | RLE | REVIEW CASH FLOW FORECAST | .20 |
| 5/13/10 | RLE | REVIEW PAYOFF DEMANDS FROM SECURED CREDITORS | .20 |
| 5/13/10 | RLE | PREPARE EMAIL TO COUNSEL FOR DEBTOR AND BERKELEY YMCA REGARDING LIMITED OBJECTION | .10 |
| 5/13/10 | RLE | EXCHANGE EMAILS WITH COUNSEL FOR DEBTOR, UNION BANK REGARDING IDF FACILITIES SALE ISSUES | .20 |
| 5/13/10 | RLE | REVIEW AMENDED PERSONAL PROPERTY SALE MOTION | .20 |
| 5/13/10 | RLE | REVIEW INVOICE STATEMENTS FROM UNION BANK | .10 |
| 5/13/10 | RLE | ANALYZE ISSUES REGARDING COOLEY EMPLOYMENT APPLICATION | .30 |
| 5/13/10 | RLE | REVIEW DEEDS OF TRUST AGREEMENT IDF FACILITIES | .30 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

www.cooley.com

Washington, DC
202 842-7800

Taxpayer ID Number
94-1140085

Boston, MA
617 937-2300

| Date | Init | Description | Hours |
|---|---|---|---|
| 5/13/10 | RLE | EXCHANGE EMAILS WITH DEBTOR'S COUNSEL REGARDING INFORMATION REQUESTS | .20 |
| 5/13/10 | RLE | ANALYZE ISSUES REGARDING LENDER REQUESTS FOR PAYMENT | .30 |
| 5/13/10 | RLE | DEVELOP STRATEGY REGARDING HEARING ON LIMITED OBJECTION | .20 |
| 5/13/10 | KTC | FINALIZE COMMITTEE'S LIMITED OBJECTION TO PROPOSED SALE OF REAL PROPERTY AND PROOF OF SERVICE | .40 |
| 5/13/10 | KTC | ELECTRONICALLY FILE COMMITTEE'S LIMITED OBJECTION TO PROPOSED SALE OF REAL PROPERTY | .30 |
| 5/13/10 | KTC | FINALIZE REQUEST FOR SERVICE AND PROOF OF SERVICE | .20 |
| 5/13/10 | KTC | ELECTRONICALLY FILE REQUEST FOR NOTICE AND PREPARE SERVICE OF SAME | .30 |
| 5/13/10 | KTC | PREPARE LETTER TO COURT RE FILING OF REQUEST FOR NOTICE | .10 |
| 5/13/10 | KTC | RESEARCH ON PACER RE CASE INFORMATION AND OBTAIN UPDATED DOCKET AND NEWLY FILED MATERIALS | .50 |
| 5/14/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING CASE STATUS | .10 |
| 5/14/10 | RLE | ANALYZE ISSUES REGARDING PERSONAL PROPERTY SALE MOTION | .30 |
| 5/14/10 | RLE | REVIEW LENDER LOAN DOCUMENTS AND PAYOFF INFORMATION REGARDING IDF FACILITIES SALE | .80 |
| 5/14/10 | RLE | EXCHANGE EMAILS WITH UNION BANK'S COUNSEL REGARDING FEES AND BACK-UP INFORMATION | .20 |
| 5/14/10 | RLE | EXCHANGE MULTIPLE EMAILS WITH DEBTOR'S COUNSEL REGARDING OMEGA LOAN DOCUMENTS AND | .30 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

| Date | | Description | Hours |
|------|------|-------------|------|
| | | UNION BANK DEBT | |
| 5/14/10 | RLE | REVIEW OMEGA LOAN DOCUMENTS | .20 |
| 5/14/10 | RLE | REVIEW DOCUMENTATION REGARDING UNION BANK AND RELATED FEES | .20 |
| 5/14/10 | RLE | PREPARE EMAIL TO J. FRESKAS REGARDING OMEGA DOCUMENTS | .10 |
| 5/14/10 | RLE | REVIEW DEEDS OF TRUST AND TITLE REPORT | .20 |
| 5/14/10 | KTC | OBTAIN AMENDED NOTICE OF HEARING | .10 |
| 5/14/10 | GSK | REVIEW PERSONAL PROPERTY SALE MOTION AND DRAFT DETAILED E-MAIL TO DEBTOR'S COUNSEL RE COMMITTEE QUESTIONS | 1.50 |
| 5/16/10 | RLE | REVISE EMAIL TO DEBTOR'S COUNSEL REGARDING PERSONAL PROPERTY SALE MOTION | .40 |
| 5/16/10 | RLE | REVIEW PERSONAL PROPERTY PROVISION IN ASSET PURCHASE AGREEMENT | .30 |
| 5/17/10 | GSK | REVIEW MULTIPLE E-MAILS RE REAL ESTATE SALES | .10 |
| 5/17/10 | GSK | FINALIZE E-MAIL TO DEBTOR'S COUNSEL RE PERSONAL PROPERTY SALE | .20 |
| 5/17/10 | GSK | REVIEW E-MAIL FROM DEBTOR'S COUNSEL RE PERSONAL PROPERTY MOTION AND DRAFT RESPONSE | .30 |
| 5/17/10 | GSK | REVIEW CERTAIN E-MAILS AND DOCUMENTS RELATED TO REAL PROPERTY PAY-OFF DEMAND | .20 |
| 5/17/10 | GSK | BEGIN REVIEW OF OTHER ESTATE ASSETS | .30 |
| 5/17/10 | RLE | EXCHANGE EMAILS WITH DEBTOR'S COUNSEL, UNION BANK COUNSEL REGARDING UNION BANK FEES | .10 |
| 5/17/10 | RLE | TELEPHONE CONFERENCE WITH J. FRESKAS REGARDING OMEGA LOAN | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

www.cooley.com

Taxpayer ID Number
94-1140085

Washington, DC
202 842-7800

Boston, MA
617 937-2300

| Date | | Description | Hours |
|---|---|---|---|
| 5/17/10 | RLE | TELEPHONE CONFERENCE WITH ATTORNEY FOR CITY OF CLAYTON REGARDING STATUS | .20 |
| 5/17/10 | RLE | REVIEW EMAILS FROM UNION BANK'S COUNSEL | .10 |
| 5/17/10 | RLE | REVIEW ATTORNEY FEE STATEMENTS FROM UNION BANK | .10 |
| 5/17/10 | RLE | TELEPHONE CONFERENCE WITH LOAN SERVICER FOR OMEGA MORTGAGE | .20 |
| 5/17/10 | RLE | REVIEW OMEGA MORTGAGE PAYOFF DETAIL | .10 |
| 5/17/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING REAL PROPERTY SALE AND PAYOFFS | .20 |
| 5/17/10 | RLE | REVIEW EMAIL FROM COMMITTEE MEMBER REGARDING PAY OFF | .10 |
| 5/17/10 | RLE | PREPARE EMAIL TO K. ODNE REGARDING COOLEY ENGAGEMENT LETTER | .10 |
| 5/17/10 | KTC | OBTAIN UPDATED DOCKET AND CALLAWAY DECLARATION | .20 |
| 5/17/10 | KTC | ATTENTION RE EXPENSE REIMBURSEMENT PER U.S. TRUSTEE'S GUIDELINES | .20 |
| 5/18/10 | RLE | TELEPHONE CALLS TO COUNSEL REGARDING CANCELLATION OF HEARING | .20 |
| 5/18/10 | RLE | ANALYZE ISSUES REGARDING PERSONAL PROPERTY SALE | .20 |
| 5/18/10 | RLE | PREPARE EMAIL TO COUNSEL REGARDING CANCELLATION OF TENTATIVE HEARING ON SALE MOTION | .20 |
| 5/18/10 | RLE | LEAVE DETAILED MESSAGE FOR JUDGE JELLEN'S DEPUTY REGARDING CANCELLATION OF HEARING | .10 |
| 5/18/10 | RLE | REVISE COOLEY EMPLOYMENT | .20 |

Case: 10-44367   Doc# 186-3   Filed: 10/26/10   Entered: 10/26/10 10:47:24   Page 7 of 65



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Palo Alto, CA
650 843-5000
New York, NY
212 479-6000
San Diego, CA
858 550-6000
Reston, VA
703 456-8000
Broomfield, CO
720 566-4000
Washington, DC
202 842-7800
Boston, MA
617 937-2300

www.cooley.com
Taxpayer ID Number
94-1140065

**Page     7**                     **COMMITTEE REPRESENTATION**

                        **313468-   201  201006-07022    190**

|            |     |                                         |      |
|------------|-----|-----------------------------------------|------|
|            |     | APPLICATION                             |      |
| 5/18/10    | RLE | EXCHANGE EMAILS WITH T. GREEN           | .10  |
|            |     | REGARDING CLOSING DATE                  |      |
| 5/18/10    | GSK | E-MAIL TO DEBTOR'S COUNSEL RE           | .20  |
|            |     | OPEN ISSUES ON PROPOSED                 |      |
|            |     | PERSONAL PROPERTY SALE                  |      |
| 5/19/10    | GSK | TELEPHONE CALL TO DEBTOR'S              | .10  |
|            |     | COUNSEL RE REQUESTED                    |      |
|            |     | INFORMATION RE PERSONAL                 |      |
|            |     | PROPERTY SALE                           |      |
| 5/19/10    | GSK | EMAIL TO DEBTOR'S COUNSEL RE            | .10  |
|            |     | REQUESTED INFORMATION RE                |      |
|            |     | PERSONAL PROPERTY SALE                  |      |
| 5/19/10    | GSK | REVIEW AND ANALYZE E-MAIL               | .40  |
|            |     | FROM DEBTOR'S COUNSEL RE YMCA           |      |
|            |     | MEMBERSHIP                              |      |
| 5/19/10    | GSK | CALL TO I. MACDONALD RE                 | .10  |
|            |     | CONCERNS OF CREDITORS                   |      |
|            |     | COMMITTEE                               |      |
| 5/19/10    | GSK | DRAFT E-MAIL TO DEBTOR'S                | .30  |
|            |     | COUNSEL RE MEMBERSHIP ISSUES            |      |
|            |     | AND POSSIBLE EXECUTORY                  |      |
|            |     | CONTRACT ISSUES                         |      |
| 5/19/10    | GSK | CALL AND E-MAIL TO J. LOVELY            | .10  |
|            |     | @ NATIONAL YMCA                         |      |
| 5/19/10    | GSK | DRAFT LIMITED OBJECTION TO              | 1.20 |
|            |     | MOTIONS TO SELL CERTAIN                 |      |
|            |     | PERSONAL PROPERTY FREE AND              |      |
|            |     | CLEAR                                   |      |
| 5/19/10    | GSK | REVIEW MEMBERSHIP AND                   | .40  |
|            |     | RELATED DOCUMENTS AND                   |      |
|            |     | RESPONSE TO CREDITORS                   |      |
|            |     | COMMITTEE QUESTIONS RE                  |      |
|            |     | PERSONAL PROPERTY SALE                  |      |
| 5/19/10    | RLE | ANALYZE ISSUES REGARDING               | .40  |
|            |     | PERSONAL PROPERTY SALE                  |      |
| 5/19/10    | RLE | REVIEW MEMBERSHIP AGREEMENT             | .20  |
|            |     | DOCUMENTS                               |      |
| 5/19/10    | RLE | REVISE LIMITED OBJECTION TO             | .50  |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

www.cooley.com

Taxpayer ID Number
94-1140085

Boston, MA
617 937-2300

Page    8                COMMITTEE REPRESENTATION

313468-    201  201006-07022    190

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| | | PERSONAL PROPERTY MOTION | |
| 5/19/10 | RLE | EXCHANGE EMAILS WITH DEBTOR'S COUNSEL REGARDING PERSONAL PROPERTY MOTION ISSUES | .20 |
| 5/19/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING LIMITED OBJECTION TO PERSONAL PROPERTY MOTION | .20 |
| 5/19/10 | KTC | OBTAIN ORDER REOPENING CASE | .10 |
| 5/20/10 | GSK | BEGIN REVIEW OF LIEN AND SECURITY DOCUMENTS FROM JULES | .60 |
| 5/20/10 | GSK | REVIEW E-MAILS FROM JULES RE PERFECTION OF FIXTURES AND BEGIN REVIEW OF SAME | .40 |
| 5/20/10 | GSK | REVIEW E-MAILS RE OUTCOME OF PERSONAL PROPERTY HEARING AND CONDITIONAL APPROVAL | .20 |
| 5/20/10 | GSK | DRAFT E-MAILS TO COUNSEL FOR NON-DEBTOR PARTIES WHOSE PERSONAL PROPERTY ASSETS ARE TO BE SOLD, FREE AND CLEAR, RE LOAN AND PERFECTION DOCUMENTS | .30 |
| 5/20/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE NEED TO FILE REJECTION MOTION RE SOLD-OUT LEASES | .20 |
| 5/20/10 | GSK | REVIEW LOAN AND PERFECTION DOCUMENTS FOR PMSI AND LEASES | .50 |
| 5/20/10 | RLE | REVIEW PROPOSED PAYMENT AMOUNTS | .20 |
| 5/20/10 | RLE | CONFERENCES WITH SECURED CREDITORS' COUNSEL REGARDING DOCUMENT REQUEST | .20 |
| 5/20/10 | RLE | FINALIZE LIMITED OBJECTION TO PERSONAL PROPERTY SALE | .10 |
| 5/20/10 | RLE | REVIEW DRAFT SALE ORDER | .30 |
| 5/20/10 | RLE | TELEPHONE CONFERENCE WITH O. KATZ REGARDING JULES AND ASSOCIATES POSITION | .20 |
| 5/20/10 | RLE | PREPARE FOR HEARING ON | .50 |

Case: 10-44367   Doc# 186-3   Filed: 10/26/10   Entered: 10/26/10 10:47:24   Page 9 of 65



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    9                    **COMMITTEE REPRESENTATION**

313468-   201  201006-07022    190


|         |     | PERSONAL PROPERTY SALE |      |
|---------|-----|------------------------|------|
| 5/20/10 | RLE | APPEAR AT HEARING ON PERSONAL PROPERTY SALE | .80 |
| 5/20/10 | RLE | EXCHANGE EMAILS WITH O. KATZ REGARDING JULES AND ASSOCIATES LIEN AND CLAIM | .30 |
| 5/20/10 | RLE | REVIEW FINANCING DOCUMENTS OF JULES AND ASSOCIATES | .20 |
| 5/20/10 | RLE | REVIEW CALIFORNIA BANK AND TRUST DOCUMENTS | .20 |
| 5/20/10 | RLE | EXCHANGE EMAILS WITH T. GREEN REGARDING SALE ORDER ISSUES | .20 |
| 5/20/10 | KTC | ELECTRONICALLY FILE COMMITTEE'S LIMITED OBJECTION TO SALE OF PERSONAL PROPERTY | .30 |
| 5/20/10 | KTC | PREPARE PROOF OF SERVICE RE LIMITED OBJECTION | .20 |
| 5/20/10 | KTC | PREPARE SERVICE TO NOTICE PARTIES RE COMMITTEE'S LIMITED OBJECTION AND NOTIFY JUDGE JELLEN'S COURTROOM DEPUTY RE OBJECTION | .20 |
| 5/20/10 | KTC | REVISE AND FINALIZE COMMITTEE'S LIMITED OBJECTION TO PERSONAL PROPERTY SALE | .50 |
| 5/21/10 | GSK | CONTINUE REVIEW OF LOAN/LEASE DOCUMENTS AND PERFECTION THEREOF RE PROPOSED SALE OF PERSONAL PROPERTY | 1.70 |
| 5/21/10 | GSK | DRAFT E-MAILS RE MISSING CISCO AND OFC CAPITAL LEASES/LIENS | .30 |
| 5/21/10 | GSK | E-MAILS TO AND RESPOND TO E-MAIL FROM T. GREEN RE OFC LIENS AND PAYOFF ISSUES | .40 |
| 5/21/10 | GSK | CALL AND E-MAILS WITH R. POLICAR, COUNSEL FOR OFC | .30 |
| 5/21/10 | GSK | REVIEW OF EMPLOYMENT APPLICATION AND SUPPORTING | .70 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    10**                   **COMMITTEE REPRESENTATION**

                    **313468-    201   201006-07022      190**

|            |     | DECLARATION |      |
|------------|-----|-------------|------|
| 5/21/10 | GSK | REVIEW UCC RE PMSI AND PRIORITY OVER BLANKET LIEN | .40 |
| 5/21/10 | RLE | REVIEW NOTICE OF ADDITIONAL COMMITTEE MEMBER | .10 |
| 5/21/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING NEW MEMBERS AND CASE STATUS | .30 |
| 5/21/10 | RLE | LEAVE DETAILED MESSAGES FOR NEW COMMITTEE MEMBERS | .10 |
| 5/21/10 | RLE | EXCHANGE EMAILS WITH COUNSEL FOR OFC, G. KLEINER REGARDING PERSONAL PROPERTY SALE AND OFC CLAIM ISSUES | .20 |
| 5/21/10 | RLE | REVIEW EMAILS FROM COUNSEL FOR BERKELEY YMCA ON OFC AMOUNTS | .20 |
| 5/21/10 | RLE | ANALYZE ISSUES REGARDING COOLEY EMPLOYMENT APPLICATION | .20 |
| 5/21/10 | KTC | OBTAIN CLAIMS REGISTER AND NEWLY FILED CLAIMS | .40 |
| 5/21/10 | KTC | OBTAIN MATERIAL RE SUPPLEMENT APPOINTMENT TO CREDITORS COMMITTEE | .10 |
| 5/24/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM R. POLICAR RE OFC LIEN AND PAYOFF DEMAND | .10 |
| 5/24/10 | GSK | E-MAIL TO COUNSEL FOR EXCHANGE BANK RE LIEN AND PERFECTION DOCUMENTS | .10 |
| 5/24/10 | GSK | REVIEW PERFECTION ISSUES RE OFC RE PMSI | .30 |
| 5/24/10 | GSK | REVIEW ADDITIONAL DOCUMENTS FROM CALIFORNIA BANK & TRUST | .40 |
| 5/24/10 | GSK | REVIEW AND ANNOTATE DRAFT FORM OF ORDER AND PRIOR PERSONAL PROPERTY MOTIONS RE RELIEF REQUESTED | .40 |
| 5/24/10 | GSK | DRAFT E-MAIL TO DEBTOR'S | .30 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page   11**                    **COMMITTEE REPRESENTATION**

**313468-   201  201006-07022    190**

|  |  |  |  |
|---|---|---|---|
|  |  | COUNSEL RE OPEN ISSUES RE PERSONAL PROPERTY SALE |  |
| 5/24/10 | GSK | REVIEW OTHER DOCUMENTS FROM OFC AND E-MAIL ITS COUNSEL RE SAME | .40 |
| 5/24/10 | GSK | TELEPHONE CALL TO AND FROM R. STEVENSON, COUNSEL FOR EXCHANGE BANK | .10 |
| 5/24/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE MEMBERS REGARDING COMMITTEE MEMBERSHIP ISSUES | .30 |
| 5/24/10 | RLE | TELEPHONE CONFERENCE WITH M. MCGEE REGARDING COMMITTEE MEMBERSHIP ISSUES | .10 |
| 5/24/10 | RLE | REVIEW AND ANALYZE LIEN POSITIONS OF ASSERTED SECURED CREDITORS | .50 |
| 5/24/10 | RLE | REVISE COOLEY EMPLOYMENT APPLICATION AND DECLARATION | .50 |
| 5/24/10 | RLE | ANALYZE ISSUES REGARDING COMMITTEE ORGANIZATION | .10 |
| 5/24/10 | RLE | REVIEW AND REVISE PROPOSED SALE ORDER | .20 |
| 5/25/10 | GSK | REVIEW AND RESPOND TO MULTIPLE E-MAILS RE STATUS OF PERSONAL PROPERTY SALE | .40 |
| 5/25/10 | GSK | RETURN CALL TO R. POLICAR RE OFC CAPITAL | .10 |
| 5/25/10 | GSK | CALL AND E-MAIL TO R. STEVENSON RE EXCHANGE BANK LIEN/LOAN DOCUMENTS | .10 |
| 5/25/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE FORM OF SALE ORDER | .10 |
| 5/25/10 | GSK | REVIEW LOAN/LEASE DOCUMENTS FROM DUMAC LEASING AND RESPOND TO E-MAILS RE SAME | .30 |
| 5/25/10 | GSK | REVIEW REVISIONS TO PERSONAL PROPERTY SALE ORDER | .20 |
| 5/25/10 | GSK | REVIEW OF DEBTOR'S PLEADINGS | 1.40 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

313468-   201  201006-07022    190

|  |  | RE COMPREHENSIVE LETTER TO DEBTOR'S COUNSEL RE DOCUMENTS AND INFORMATION NEEDED BY CREDITORS COMMITTEE |  |
|---|---|---|---|
| 5/25/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING SALE STATUS | .20 |
| 5/25/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING NEW MEMBERS AND BACKGROUND | .20 |
| 5/25/10 | RLE | REVIEW COMMITTEE APPOINTMENT NOTICE | .10 |
| 5/25/10 | RLE | REVIEW DUMAC LEASING DOCUMENTS | .20 |
| 5/25/10 | RLE | REVIEW AND ANALYZE SECURED CREDITOR AND LESSOR LIEN POSITIONS | .30 |
| 5/25/10 | RLE | ANALYZE ISSUES REGARDING INFORMATION NEEDED ON DEBTOR'S ASSETS | .40 |
| 5/25/10 | RLE | PREPARE EMAIL REGARDING CANCELLATION OF HEARING ON SALE | .10 |
| 5/25/10 | RLE | EXCHANGE EMAILS WITH COUNSEL FOR CREDITORS REGARDING COMMITTEE POSITION ON LIEN CLAIMS AND SALE | .20 |
| 5/25/10 | RLE | REVIEW REVISED SALE ORDER | .20 |
| 5/25/10 | RLE | EXCHANGE EMAILS WITH T. GREEN, R. FERNANDEZ REGARDING SALE ORDER HEARING AND CLAIMS | .30 |
| 5/25/10 | KTC | OBTAIN 2ND SUPPLEMENTAL APPOINTMENT OF CREDITORS COMMITTEE | .10 |
| 5/26/10 | GSK | REVIEW AND RESPOND TO MULTIPLE E-MAILS RE PERSONAL PROPERTY ORDER AND REVISIONS REQUESTED BY CB&T AND CREDITORS | .40 |
| 5/26/10 | GSK | REVIEW DEBTOR'S 13 WEEK | .40 |

Case: 10-44367   Doc# 186-3   Filed: 10/26/10   Entered: 10/26/10 10:47:24   Page 13 of 65



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000
New York, NY
212 479-6000
San Diego, CA
858 550-6000
Reston, VA
703 456-8000
Broomfield, CO
720 566-4000
Washington, DC
202 842-7800
Boston, MA
617 937-2300



| | | | |
|---|---|---|---|
| | | BUDGET AND E-MAIL TO DEBTOR'S COUNSEL RE SAME | |
| 5/26/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE CHAIR REGARDING SCHEDULING AND OTHER ISSUES | .20 |
| 5/26/10 | RLE | REVIEW REVISE SALE ORDER | .20 |
| 5/26/10 | RLE | REVIEW AND ANALYZE 13 WEEK CASH FLOW BUDGET | .30 |
| 5/26/10 | RLE | TELEPHONE CONFERENCE WITH I. MCDONALD, G. KLEINER REGARDING KEY ASSETS AND OPERATIONS | .40 |
| 5/26/10 | RLE | FINALIZE COOLEY EMPLOYMENT APPLICATION | .20 |
| 5/26/10 | RLE | PREPARE EMAIL TO COMMITTEE WITH CASE UPDATE | .30 |
| 5/26/10 | KTC | OBTAIN MATERIAL RE STATUS CONFERENCE STATEMENT | .10 |
| 5/27/10 | GSK | DRAFT DETAILED E-MAIL TO DEBTOR'S COUNSEL RE CERTAIN OPEN QUESTIONS ON DEBTOR'S BUDGET IN RESPONSE TO QUESTION FROM I. MACDONALD | .60 |
| 5/27/10 | GSK | REVIEW E-MAIL FROM T. GREEN RE CLOSING STATEMENT | .10 |
| 5/27/10 | GSK | MAKE REVISIONS TO LETTER TO DEBTOR'S COUNSEL RE NEEDED INFORMATION | .40 |
| 5/27/10 | GSK | E-MAIL TO CREDITORS COMMITTEE | .10 |
| 5/27/10 | RLE | REVIEW EMAIL FROM T. GREEN REGARDING STATUS OF ESCROW | .10 |
| 5/27/10 | RLE | PREPARE EMAIL TO I. MACDONALD REGARDING UNION BANK FEES | .10 |
| 5/27/10 | RLE | EXCHANGE EMAILS WITH N. DELANCIE REGARDING UNION BANK FEES | .10 |
| 5/27/10 | RLE | REVIEW UNION BANK ESCROW DEMAND | .10 |
| 5/27/10 | RLE | FINALIZE COOLEY EMPLOYMENT | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|         |     |                                                                          |       |
|---------|-----|--------------------------------------------------------------------------|-------|
|         |     | APPLICATION AND EISENBACH DECLARATION                                     |       |
| 5/27/10 | RLE | REVISE INFORMATION REQUESTS TO DEBTOR                                     | .20   |
| 5/27/10 | RLE | ANALYZE ISSUES REGARDING BY-LAWS FOR COMMITTEE                            | .20   |
| 5/27/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE CHAIR REGARDING ASSET ISSUES               | .40   |
| 5/27/10 | RLE | PREPARE EMAIL TO K. ODNE REGARDING COOLEY EMPLOYMENT APPLICATION          | .10   |
| 5/27/10 | RLE | TELEPHONE CONFERENCE WITH COMMITTEE CHAIR REGARDING KEY ISSUES AND COMMITTEE ORGANIZATION | .60   |
| 5/27/10 | RLE | REVISE DRAFT BY-LAWS FOR COMMITTEE                                        | .20   |
| 5/27/10 | RLE | PREPARE FOR AND APPEAR AT STATUS CONFERENCE                               | 1.00  |
| 5/27/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING STATUS CONFERENCE AND CLAIMS BAR DATE | .30   |
| 5/27/10 | KTC | REVISE AND FINALIZE COOLEY'S EMPLOYMENT APPLICATION AND SUPPORTING DOCUMENTATION | .80   |
| 5/27/10 | KTC | ELECTRONICALLY FILE COOLEY'S EMPLOYMENT APPLICATION AND SUPPORTING DOCUMENTATION | .40   |
| 5/27/10 | KTC | PREPARE SERVICE OF COOLEY'S EMPLOYMENT APPLICATION MATERIALS BY MAIL AND EMAIL | .30   |
| 5/27/10 | KTC | OBTAIN MATERIAL RE ORDER APPROVING D. THORNTON AS CONSULTANT              | .10   |
| 5/27/10 | KTC | OBTAIN UPDATED DOCKET                                                     | .10   |
| 5/27/10 | KTC | PREPARE LETTER TO JUDGE JELLEN RE CHAMBER COPIES OF FILED MATERIALS       | .10   |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    15**                    **COMMITTEE REPRESENTATION**

                    **313468-   201  201006-07022    190**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/27/10 | KTC | FINALIZE EMPLOYMENT APPLICATION MATERIALS | .10 | |
| 5/27/10 | ARV | (MT. DIABLO YMCA) DRAFT COMMITTEE BY-LAWS PER REQUEST OF R. EISENBACH | .90 | |
| 5/28/10 | RLE | REVIEW EMAIL FROM COMMITTEE MEMBER | .10 | |
| 5/28/10 | RLE | EXCHANGE EMAILS WITH I. MACDONALD REGARDING IDF FACILITIES CLOSING ISSUES | .20 | |
| 5/28/10 | RLE | EXCHANGE EMAILS WITH M. MCKEE REGARDING COOLEY EMPLOYMENT APPLICATION | .20 | |
| 5/28/10 | RLE | ANALYZE ISSUES REGARDING IDF FACILITIES CLOSING | .10 | $36,487.00 |

Attorney Summary:

| | Attorney/Paralegal | Rate | Hours | Fee |
|---|---|---|---|---|
| RLE | EISENBACH, ROBERT L. | 675 | 30.90 | 20,857.50 |
| KTC | CACHIA, KRIS T. | 210 | 8.50 | 1,785.00 |
| GSK | KLEINER, GREGG S. | 575 | 23.60 | 13,570.00 |
| ARV | VELINSKY, ALEX R. | 305 | .90 | 274.50 |

**For costs and disbursements recorded through May 31, 2010:**

| | |
|---|---|
| POSTAGE | 5.90 |
| REPRODUCTION OF DOCUMENTS | 4.80 |
| TOTAL COSTS: | $10.70 |
| **TOTAL:** | $36,497.70 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Palo Alto, CA
650 843-5000
New York, NY
212 479-6000
San Diego, CA
858 550-6000
Reston, VA
703 456-8000
Broomfield, CO
720 566-4000
Washington, DC
202 842-7800
Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

August 23, 2010


KATHLEEN ODNE
MOUNT DIABLO YMCA CREDITORS' COMMITTEE
1333 N. CALIFORNIA BOULEVARD
SUITE 330
WALNUT CREEK CA 94596

**Bill Number**
**20100707106** 02 FM     190    190


**313468-   201**
Re: **COMMITTEE REPRESENTATION**


**For services rendered through June 30, 2010:**

| | | | |
|---|---|---|---|
| 6/01/10 | KTC | PREPARE SUPPLEMENTAL EISENBACH DECLARATION RE EMPLOYMENT APPLICATION | .50 |
| 6/01/10 | RLE | DRAFT AND SUPPLEMENTAL DECLARATION REGARDING COOLEY EMPLOYMENT APPLICATION | .20 |
| 6/01/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING COMMITTEE ISSUES AND MEETING | .10 |
| 6/02/10 | KTC | FINALIZE EISENBACH DECLARATION AND PREPARE PROOF OF SERVICE | .30 |
| 6/02/10 | KTC | REVISION TO MASTER SERVICE LIST AND PREPARE EMAIL CONFIRMATION TO COUNSEL REQUESTING CHANGE | .10 |
| 6/02/10 | KTC | ELECTRONICALLY FILE SUPPLEMENTAL EISENBACH DECLARATION AND PROOF OF SERVICE | .30 |
| 6/02/10 | KTC | PREPARE SERVICE OF SUPPLEMENT EISENBACH DECLARATION | .20 |
| 6/02/10 | GSK | REVIEW FILE AND E-MAIL TO I. MACDONALD RE RESPONSE TO CREDITORS COMMITTEE LETTER FOR ADDITIONAL INFORMATION FROM DEBTOR ON PROPERTY | .20 |
| 6/02/10 | RLE | ANALYZE ISSUES REGARDING ACCOUNTANTS APPLICATION | .30 |
| 6/02/10 | RLE | REVIEW D&O POLICY | .30 |
| 6/02/10 | RLE | EXCHANGE EMAILS WITH M. MCGEE REGARDING SUPPLEMENTAL DISCLOSURES | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    2**                         **COMMITTEE REPRESENTATION**

                              **313468-    201  201007-07106    190**

| Date | Init | Description | Hours |
|------|------|-------------|------|
| 6/02/10 | GSK | REVIEW APPLICATION BY DEBTOR TO EMPLOY BURR PILGER EMPLOYMENT APPLICATION | .40 |
| 6/02/10 | GSK | CALL FROM R. FERNANDEZ RE BURR PILGER APPLICATION | .20 |
| 6/02/10 | GSK | REVIEW CASE LAW CITED IN APPLICATION AND DRAFT E-MAIL TO DEBTOR'S COUNSEL RE CONCERNS ABOUT EMPLOYMENT APPLICATION OF BURR PILGER | .50 |
| 6/03/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE MISSING INFORMATION | .10 |
| 6/03/10 | GSK | E-MAILS TO DEBTOR'S COUNSEL RE QUESTIONS ON JOHNSON TRUST AND THEATER LEASEHOLD | .40 |
| 6/03/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING CASE STATUS AND KEY ISSUES | .40 |
| 6/03/10 | RLE | REVIEW AND ANALYZE BUDGET | .20 |
| 6/03/10 | RLE | REVIEW SETTLEMENT STATEMENT FROM REAL PROPERTY CLOSING | .10 |
| 6/03/10 | GSK | REVIEW WANDA JOHNSON TRUST | .40 |
| 6/03/10 | GSK | BEGIN REVIEW OF GROUND LEASE AND RELATED DOCUMENTS | 1.30 |
| 6/03/10 | GSK | REVIEW FILE AND E-MAIL TO T. GREEN RE PERSONAL PROPERTY SALE | .10 |
| 6/03/10 | GSK | REVIEW DEBTOR'S REVISED BUDGET AND REAL ESTATE CLOSING STATEMENT | .30 |
| 6/03/10 | KTC | OBTAIN MATERIAL RE BURR PILGER EMPLOYMENT APPLICATION AS ACCOUNTANTS | .10 |
| 6/03/10 | GSK | REVIEW FILE AND E-MAIL TO DEBTOR'S COUNSEL RE UPDATED FINANCIAL INFORMATION | .20 |
| 6/03/10 | GSK | CALL FORM DEBTOR'S COUNSEL RE FINANCIAL INFORMATION AND OTHER ISSUES | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    3**                          **COMMITTEE REPRESENTATION**

**313468-    201    201007-07106        190**


| 6/04/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE MEMBERS REGARDING CASE STATUS | .20 |
| 6/04/10 | RLE | TELEPHONE CONFERENCE WITH I. MACDONALD, R. FERNANDEZ REGARDING ASSET AND CASE ISSUES | .30 |
| 6/06/10 | RLE | REVISE BY-LAWS | .10 |
| 6/06/10 | RLE | PREPARE EMAIL TO COMMITTEE CHAIR REGARDING BY-LAWS | .10 |
| 6/06/10 | RLE | PREPARE DETAILED UPDATE TO COMMITTEE ON CASE STATUS AND KEY ISSUES | .60 |
| 6/06/10 | RLE | PREPARE EMAIL TO COMMITTEE CHAIR REGARDING COMMUNICATIONS ISSUES | .30 |
| 6/08/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 6/08/10 | GSK | REVIEW E-MAILS RELATED TO SALE OF PERSONAL PROPERTY | .10 |
| 6/09/10 | GSK | REVIEW E-MAILS FROM T. GREEN RE PERSONAL PROPERTY SALE | .20 |
| 6/09/10 | RLE | PREPARE EMAIL TO I. MACDONALD REGARDING DOCUMENT PRESERVATION | .10 |
| 6/09/10 | RLE | REVISE BY-LAWS | .10 |
| 6/09/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE CHAIR REGARDING DISCUSSIONS WITH DEBTOR AND UPDATE | .20 |
| 6/09/10 | RLE | REVIEW AND ANALYZE FINANCIAL INFORMATION | .40 |
| 6/09/10 | RLE | TELEPHONE CONFERENCE WITH I. MACDONALD, R. FERNANDEZ, G. KLEINER REGARDING FINANCIAL ISSUES | .50 |
| 6/09/10 | RLE | REVIEW EMAILS FROM DEBTOR'S COUNSEL REGARDING INFORMATION ON DEBTOR'S ASSETS AND OPERATIONS | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    4                    COMMITTEE REPRESENTATION

                            313468-   201  201007-07106    190


| Date | | Description | Hours |
|------|------|-------------|-------|
| 6/09/10 | GSK | REVIEW FILE AND E-MAIL TO DEBTOR'S COUNSEL RE DOCUMENT AND INFORMATION REQUESTS TO DEBTOR | .30 |
| 6/09/10 | GSK | REVIEW OF ADDITIONAL W. JOHNSON TRUST DOCUMENTS AND ADDITIONAL DOCUMENTS SUPPLIED BY DEBTOR'S COUNSEL | 1.50 |
| 6/09/10 | GSK | PREPARE FOR AND CALL WITH DEBTOR'S COUNSEL RE MISSING DOCUMENTS AND REMAINING OPEN QUESTIONS | .70 |
| 6/09/10 | GSK | E-MAILS TO DEBTOR'S COUNSEL RE CALL WITH K. CHIVERTON | .20 |
| 6/09/10 | RLE | ANALYZE ISSUES REGARDING POTENTIAL ASSET RECOVERIES | .20 |
| 6/10/10 | GSK | REVIEW ACTION ISSUES RE LIQUIDATION OF REMAINING ASSETS | .50 |
| 6/10/10 | RLE | DEVELOP STRATEGY REGARDING DEBTOR'S MANAGEMENT AND CASE ADMINISTRATION | .30 |
| 6/10/10 | RLE | ANALYZE DEBTORS FINANCIAL AND PAYMENTS | .30 |
| 6/10/10 | GSK | PREPARE FOR CALL AND CALL WITH K. CHIVERTON AND I. MACDONALD | .70 |
| 6/10/10 | GSK | REVIEW E-MAIL FROM I. MACDONALD RE PRE-PETITION WAGES/PTO, REVIEW FILE AND RESPOND TO SAME | .50 |
| 6/10/10 | GSK | REVIEW PROPOSED APPLICATION TO EMPLOY REAL ESTATE APPRAISER FOR SAN RAMON REAL ESTATE | .20 |
| 6/10/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE APPRAISER APPLICATION AND QUESTIONS RELATED TO SAME | .20 |
| 6/11/10 | RLE | TELEPHONE CONFERENCE WITH K. | .80 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN  415 693-2000
FAX   415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

www.cooley.com

Taxpayer ID Number
94-1140085

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|          |     | ODNE REGARDING KEY FINANCIAL ISSUES |       |
|----------|-----|---------------------------------------------|-------|
| 6/11/10  | RLE | EXCHANGE EMAILS WITH I. MACDONALD REGARDING COMMITTEE MEETING | .10 |
| 6/11/10  | RLE | EXCHANGE EMAILS WITH COMMITTEE MEMBERS REGARDING BYLAWS AND MEETING | .20 |
| 6/11/10  | RLE | PREPARE FOR COMMITTEE MEETING | .20 |
| 6/11/10  | RLE | REVIEW EMAILS REGARDING PAYMENTS TO PERSONAL PROPERTY LESSOR | .20 |
| 6/11/10  | RLE | ANALYZE EMPLOYEE BENEFIT AND WAGE ISSUES | .20 |
| 6/11/10  | GSK | REVIEW BANK STATEMENTS, LIEN DOCUMENTS AND PROPOSED PAYMENTS UNDER BUDGET | 1.10 |
| 6/13/10  | RLE | PREPARE FOR COMMITTEE MEETING | .50 |
| 6/13/10  | RLE | REVIEW MATERIALS REGARDING MT. DIABLO YMCA FINANCIAL POSITION | .40 |
| 6/13/10  | RLE | ANALYZE POTENTIAL ASSETS AND CLAIMS ISSUES | .20 |
| 6/13/10  | RLE | DEVELOP STRATEGY REGARDING MAXIMIZING ASSET RECOVERIES | .20 |
| 6/13/10  | RLE | REVIEW THEATER LEASE AND RELATED DOCUMENTS | .40 |
| 6/14/10  | RLE | ANALYZE ISSUES REGARDING POTENTIAL SALE OF ESTATE ASSETS | .60 |
| 6/14/10  | RLE | DRIVE TO AND FROM WALNUT CREEK FOR COMMITTEE MEETING | 1.60 |
| 6/14/10  | RLE | MEETINGS WITH COMMITTEE AND DEBTOR'S COUNSEL AND REPRESENTATIVES | 3.30 |
| 6/14/10  | RLE | MEETING WITH K. ODNE REGARDING FOLLOW UP | .20 |
| 6/14/10  | RLE | PREPARE EMAIL TO COMMITTEE REGARDING PROOF OF CLAIM AND | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    6**                    **COMMITTEE REPRESENTATION**

                    **313468-    201  201007-07106    190**

|  |  |  |  |
|---|---|---|---|
|  |  | OTHER ISSUES |  |
| 6/14/10 | GSK | ANALYSIS OF ISSUES RELATED TO POSSIBLE MARKETING AND SALE OF UNDEVELOPED LAND AND THEATER LEASE | .60 |
| 6/14/10 | GSK | REVIEW FILE AND DRAFT E-MAIL TO DEBTOR'S COUNSEL RE ASSUMPTION AND ASSIGNMENT DEADLINES | .30 |
| 6/15/10 | KTC | FINALIZE ORDER GRANTING COOLEY'S EMPLOYMENT AND ELECTRONICALLY FILE SAME | .30 |
| 6/15/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 6/15/10 | GSK | REVIEW CREDITORS COMMITTEE E-MAILS RE EMPLOYMENT OF ACCOUNTANT | .10 |
| 6/15/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE REGARDING ACCOUNTANT ISSUES | .20 |
| 6/15/10 | RLE | REVIEW EMPLOYMENT ORDER FOR BURR PILGER FIRM | .10 |
| 6/15/10 | RLE | TELEPHONE CONFERENCE WITH M. WERLING REGARDING DOCUMENTS AND FINANCIAL ISSUES | .30 |
| 6/15/10 | RLE | REVIEW EMAILS FROM R. FERNANDEZ WITH FINANCIAL INFORMATION AND OTHER DOCUMENTS | .20 |
| 6/15/10 | RLE | REVIEW FINANCIAL INFORMATION PRODUCED BY DEBTOR | .20 |
| 6/15/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE DOCUMENTS REQUESTED BY CREDITORS COMMITTEE | .10 |
| 6/15/10 | KTC | OBTAIN ORDER RE BURR PILGER EMPLOYMENT | .10 |
| 6/16/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE CHAIR REGARDING FINANCIAL INFORMATION | .20 |
| 6/16/10 | RLE | REVIEW LETTER FROM NATIONAL | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN  415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|  |  |  |  |
|---|---|---|---|
|  |  | YMCA |  |
| 6/16/10 | RLE | ANALYZE ISSUES REGARDING POTENTIAL CLAIMS AGAINST OFFICERS OR DIRECTORS | .50 |
| 6/16/10 | RLE | REVIEW NONPROFIT CORPORATION LAW REGARDING FIDUCIARY DUTIES | .60 |
| 6/16/10 | KTC | OBTAIN MATERIAL RE MOTION TO PAY ADMINISTRATIVE RENT | .10 |
| 6/16/10 | GSK | REVIEW MOTION BY TAN GROUP TO COMPEL PAYMENT OF RENT | .10 |
| 6/16/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 6/17/10 | KTC | LEAVED DETAILED MESSAGE WITH R. BAUTISTA, JUDGE JELLEN'S DEPUTY CLERK, RE STATUS OF COOLEY EMPLOYMENT ORDER | .10 |
| 6/17/10 | RLE | ANALYZE THEATER LEASE CAM CHARGES ISSUE | .10 |
| 6/17/10 | RLE | REVIEW BOARD MINUTES | .20 |
| 6/17/10 | RLE | REVIEW STATUTES ON DIRECTOR AND OFFICER DUTIES | .20 |
| 6/17/10 | RLE | ANALYZE POTENTIAL LEGAL CLAIMS AGAINST OFFICERS AND DIRECTORS | .70 |
| 6/17/10 | RLE | DETERMINE STATUS REGARDING MOTIONS TO BE FILED BY DEBTOR | .10 |
| 6/17/10 | RLE | PREPARE EMAIL TO DEBTOR'S COUNSEL REGARDING MOTIONS ON EMPLOYEE AND LEASE ISSUES | .10 |
| 6/17/10 | RLE | PREPARE EMAIL TO DEBTOR'S COUNSEL REGARDING BOARD MINUTES AND RELATED DOCUMENT ISSUES | .20 |
| 6/17/10 | RLE | DEVELOP STRATEGY REGARDING POTENTIAL FINANCIAL INVESTIGATION | .50 |
| 6/17/10 | KAC | ANALYZE POTENTIAL CLAIMS AGAINST OFFICERS AND DIRECTORS | .70 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    8                    COMMITTEE REPRESENTATION

                             313468-    201  201007-07106    190


| Date | Init | Description | Hours |
|---|---|---|---|
| 6/17/10 | MIBA | PREPARE ANALYSIS OF FIDUCIARY DUTIES OWED BY DIRECTORS AND OFFICERS TO NON-PROFIT CORPORATIONS | 1.50 |
| 6/17/10 | GSK | REVIEW DOCUMENTS AND INFORMATION FROM DEBTOR'S COUNSEL | 1.00 |
| 6/17/10 | GSK | REVIEW PORTION OF THEATER LEASE RE PAYMENT OF CHARGES | .10 |
| 6/17/10 | GSK | REVIEW FILE RE DELINQUENT MOTIONS FROM DEBTOR | .20 |
| 6/17/10 | GSK | REVIEW FILE AND PLEADINGS AND DRAFT E-MAIL TO DEBTOR'S COUNSEL RE PAYMENT OF ADMINISTRATIVE RENT ON THEATER LEASE | .20 |
| 6/18/10 | RLE | REVIEW REJECTION MOTION REGARDING LEASES | .10 |
| 6/18/10 | RLE | TELEPHONE CONFERENCE WITH COMMITTEE CHAIR REGARDING FINANCIAL AND INVESTIGATION ISSUES | .50 |
| 6/18/10 | RLE | FOLLOW UP REGARDING FINANCIAL INVESTIGATION MATTERS | .40 |
| 6/18/10 | KTC | OBTAIN MATERIALS RE MOTION TO REVIEW UNION BANK FEES | .20 |
| 6/18/10 | KTC | CONVERSATION WITH R. BAUTISTA RE STATUS OF COOLEY EMPLOYMENT ORDER | .10 |
| 6/18/10 | GSK | REVIEW VOICEMAIL FROM DEBTOR'S COUNSEL RE NOTICE ON MOTION TO REJECT AND DRAFT RESPONSIVE EMAIL | .10 |
| 6/18/10 | GSK | REVIEW DRAFT MOTION TO REJECT LEASES, REVIEW SCHEDULES AND AMENDED SCHEDULES AND SEND SUGGESTED ANNOTATIONS TO DEBTOR'S COUNSEL | .70 |
| 6/18/10 | GSK | REVIEW AND RESPOND TO E-MAIL | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

313468-   201  201007-07106    190


|  |  |  |  |
|---|---|---|---|
|  |  | FROM R. FERNANDEZ RE FINAL REVISIONS TO MOTION TO REJECT CERTAIN LEASES AND AGREEMENTS |  |
| 6/21/10 | KTC | OBTAIN MATERIALS RE 1ST OMNIBUS MOTION TO REJECT CERTAIN LEASES | .20 |
| 6/21/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 6/21/10 | RLE | ANALYZE ISSUES REGARDING POTENTIAL INVESTIGATION | .50 |
| 6/21/10 | RLE | EXCHANGE EMAILS WITH R. FERNANDEZ REGARDING DOCUMENT REQUESTS FOLLOW UP | .10 |
| 6/21/10 | RLE | PREPARE DETAILED EMAIL TO COMMITTEE REGARDING CASE UPDATE AND STRATEGY | .70 |
| 6/21/10 | RLE | DEVELOP STRATEGY REGARDING POTENTIAL INVESTIGATION | .30 |
| 6/21/10 | RLE | REVIEW EMAILS FROM COMMITTEE MEMBERS REGARDING CASE STRATEGY | .20 |
| 6/21/10 | GSK | REVIEW FILED VERSION OF MOTION TO REJECT AND DRAFT E-MAIL TO DEBTOR'S COUNSEL RE MULTIPLE INCONSISTENT DATES | .40 |
| 6/22/10 | KTC | TELEPHONE CONVERSATION WITH R. BAUTISTA RE STATUS OF COOLEY'S EMPLOYMENT ORDER | .10 |
| 6/22/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 6/22/10 | RLE | PREPARE EMAIL TO DEBTOR'S COUNSEL REGARDING SAN RAMON VALLEY LAND SALE | .10 |
| 6/22/10 | RLE | ANALYZE LEGAL ISSUES REGARDING POTENTIAL D&O CLAIMS | .10 |
| 6/22/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE MEMBERS REGARDING CASE ISSUES | .20 |
| 6/22/10 | RLE | REVIEW FOLLOW UP EMAIL TO DEBTOR'S COUNSEL REGARDING | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page   10                    COMMITTEE REPRESENTATION

                  313468-   201  201007-07106   190


| Date | | Description | Hours |
|---|---|---|---|
| | | FINANCIAL INFORMATION REQUESTS | |
| 6/22/10 | KAC | ANALYZE POTENTIAL CLAIMS AGAINST OFFICERS AND DIRECTORS | .20 |
| 6/22/10 | GSK | REVIEW FILE AND E-MAIL TO DEBTOR'S COUNSEL RE MONTHLY OPERATING REPORTS | .10 |
| 6/22/10 | GSK | REVIEW FILE AND DRAFT E-MAIL TO DEBTOR'S COUNSEL RE CONCERNS OF PAYMENT OF PRE-PETITION OBLIGATIONS AND PAYMENT OF CERTAIN BUDGETED POST-PETITION ITEM - COBRA, UNEMPLOYMENT BENEFITS | .30 |
| 6/23/10 | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE, T. GAUSTAD REGARDING INVESTIGATION | .70 |
| 6/23/10 | RLE | REVIEW OFFER ON SAN RAMON VALLEY LAND | .20 |
| 6/23/10 | RLE | ANALYZE ISSUES REGARDING POTENTIAL D&O CLAIMS | .10 |
| 6/23/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE CHAIR REGARDING CASE ISSUES | .10 |
| 6/23/10 | RLE | ANALYZE ISSUES WITH SAN RAMON VALLEY LAND OFFER | .10 |
| 6/23/10 | GSK | ANALYZE ISSUES RELATED TO OFFER FOR RAW LAND | .20 |
| 6/23/10 | GSK | REVIEW DEBTOR'S DRAFT MOTION TO PAY WAGES AND PTO, NUNC PRO TUNC AND AS A PRIORITY UNDER SECTION 507 | .40 |
| 6/23/10 | GSK | CALL WITH R. FERNANDEZ RE DEBTOR'S DRAFT MOTION TO PAY WAGES AND PTO, NUNC PRO TUNC AND AS A PRIORITY UNDER SECTION 507 | .30 |
| 6/23/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE | .30 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|         |     |                                                               |      |
|---------|-----|---------------------------------------------------------------|------|
|         |     | DRAFT MOTION TO PAY WAGES AND PTO, NUNC PRO TUNC AND AS A PRIORITY UNDER SECTION 507 |      |
| 6/23/10 | GSK | REVIEW AND MAKE ANNOTATIONS/COMMENTS REGARDING PURCHASE OFFER FOR ALAMO PROPERTY | .80  |
| 6/23/10 | KAC | RESEARCH POTENTIAL CLAIMS AGAINST OFFICERS AND DIRECTORS | 1.70 |
| 6/23/10 | GSK | REVIEW EXECUTED STIPULATION ON REJECTION OF OFFICE LEASE | .10  |
| 6/24/10 | RLE | REVIEW AND ANALYZE OFFER ON ALAMO PROPERTY | .30  |
| 6/24/10 | RLE | ANALYZE ISSUES REGARDING EMPLOYEE PTO MOTION | .30  |
| 6/24/10 | RLE | EXCHANGE EMAILS WITH R. FERNANDEZ REGARDING EMPLOYEE COVERAGE AND PTO MOTION | .20  |
| 6/24/10 | RLE | PREPARE EMAIL TO COMMITTEE WITH ALAMO PROPERTY OFFER AND KEY ISSUES REGARDING SAME | .40  |
| 6/24/10 | RLE | REVIEW MEMO REGARDING D&O LIABILITY ISSUES | .20  |
| 6/24/10 | RLE | REVIEW TERMS OF D&O POLICY | .20  |
| 6/24/10 | RLE | REVIEW BOARD MINUTES FROM 2005-2009 | .80  |
| 6/24/10 | GSK | REVIEW DETAILED CHECK REGISTRY FOR APRIL AND MAY, 2009 | .70  |
| 6/24/10 | GSK | ANNOTATE DEBTOR'S CHECK REGISTER WITH QUESTIONS RE NATURE OF PAYMENTS AND DRAFT E-MAIL TO DEBTOR'S COUNSEL | .80  |
| 6/24/10 | KTC | OBTAIN UPDATED DOCKET | .10  |
| 6/24/10 | KTC | OBTAIN ORDER APPROVING APPOINTMENT OF APPRAISER | .10  |
| 6/24/10 | KAC | ANALYZE POTENTIAL CLAIMS AGAINST OFFICERS AND | 1.80 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|  |  |  |  |
|---|---|---|---|
|  |  | DIRECTORS |  |
| 6/25/10 | GSK | COMPLETE E-MAIL TO DEBTOR'S COUNSEL RE CHECK REGISTER AND REVIEW DOCUMENTS RE RETURN OF PAYMENTS TO DEBTOR | .40 |
| 6/25/10 | GSK | MULTIPLE E-MAILS RE BASIS OF PAYMENT CONCERNING DEBTOR'S POST-PETITION PAYMENT TO BERKELEY YMCA | .50 |
| 6/25/10 | KTC | OBTAIN UPDATED DOCKET AND MATERIALS RE MOTIONS TO SHORTEN TIME AND TO PAY PRE-PETITION EMPLOYMENT BENEFITS | .30 |
| 6/25/10 | KTC | OBTAIN ORDER GRANTING COOLEY EMPLOYMENT | .10 |
| 6/25/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING MONTHLY OPERATING REPORT | .10 |
| 6/25/10 | RLE | REVIEW MONTHLY OPERATING REPORT | .20 |
| 6/25/10 | RLE | TELEPHONE CONFERENCE WITH R. BAUTISTA REGARDING COOLEY EMPLOYMENT ORDER | .10 |
| 6/25/10 | RLE | REVIEW COOLEY EMPLOYMENT ORDER AND ANNOTATION BY COURT | .10 |
| 6/25/10 | RLE | EXCHANGE EMAILS WITH R. FERNANDEZ REGARDING EMPLOYEE PTO HEARING | .10 |
| 6/25/10 | RLE | REVIEW COOLEY FEE STATEMENT | .20 |
| 6/25/10 | RLE | FOLLOW UP REGARDING POTENTIAL INVESTIGATION | .10 |
| 6/25/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE MEMBERS REGARDING ALAMO PROPERTY AND RELATED ISSUES | .20 |
| 6/25/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING COMMITTEE ISSUES | .30 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

```
6/25/10  RLE   REVIEW MEMO REGARDING D&O                    .20
               CLAIM ISSUES
6/25/10  RLE   ANALYZE D&O FIDUCIARY DUTY                   .60
               LAW AND POTENTIAL ISSUES
6/25/10  RLE   TELEPHONE CONFERENCE WITH D.                 .20
               DEUTSCHER REGARDING CASE
               ISSUES
6/25/10  RLE   REVIEW EMAILS REGARDING                      .20
               PREPETITION CLAIM AND PAYMENT
               ISSUES
6/25/10  RLE   PREPARE EMAIL TO COMMITTEE                   .20
               REGARDING EMPLOYEE PTO MOTION
6/25/10  KTC   OBTAIN MATERIALS RE MOTION TO               .10
               ASSUME/REJECT LEASE
6/25/10  KAC   ANALYZE POTENTIAL CLAIMS                    1.20
               AGAINST OFFICERS AND
               DIRECTORS
6/26/10  KAC   RESEARCH POSSIBLE CLAIMS                     .80
               AGAINST DIRECTORS AND
               OFFICERS
6/28/10  KTC   OBTAIN UPDATED DOCKET, MOTION                .20
               RE PRE-PETITION EMPLOYMENT
               BENEFITS, AND MONTHLY
               OPERATING REPORT
6/28/10  RLE   DEVELOP STRATEGY REGARDING                   .20
               SALE OF ALAMO PROPERTY
6/28/10  RLE   CONFERENCE CALL WITH                         .70
               COMMITTEE REGARDING ALAMO
               PROPERTY OFFER AND OTHER
               ISSUES
6/28/10  RLE   ANALYZE ISSUES REGARDING                     .20
               FINANCIAL MANAGEMENT OF
               DEBTOR
6/28/10  RLE   REVIEW ENGAGEMENT LETTER FROM                .30
               KPMG
6/28/10  RLE   EXCHANGE EMAILS WITH K. ODNE                 .10
               REGARDING COMMITTEE ISSUES
6/28/10  RLE   REVIEW PROOFS OF CLAIM FILED                 .10
               IN CASE
```



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

| Date | | | | |
|---|---|---|---|---|
| 6/28/10 | GSK | ATTEND CREDITORS COMMITTEE CONFERENCE CALL | | .80 |
| 6/28/10 | GSK | CALL WITH POTENTIAL CRO | | .50 |
| 6/29/10 | RLE | PREPARE EMAIL TO B. HAEGELE REGARDING KPMG RETENTION | | .10 |
| 6/29/10 | RLE | REVIEW APPRAISAL FOR ALAMO PROPERTY | | .30 |
| 6/29/10 | RLE | TELEPHONE CONFERENCE WITH I. MACDONALD REGARDING ALAMO PROPERTY | | .20 |
| 6/29/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING APPRAISAL | | .20 |
| 6/29/10 | RLE | ANALYZE POSSIBLE REALIZATION ON THEATRE LEASE | | .40 |
| 6/29/10 | RLE | DEVELOP STRATEGY REGARDING POTENTIAL D&O CLAIM | | .20 |
| 6/29/10 | RLE | ANALYZE LEGAL ISSUES REGARDING POTENTIAL D&O CLAIMS | | .60 |
| 6/29/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE REGARDING ALAMO PROPERTY | | .20 |
| 6/29/10 | KTC | OBTAIN UPDATED CLAIMS REGISTER | | .10 |
| 6/29/10 | KTC | OBTAIN SUPPLEMENTAL EXHIBIT TO MONTHLY OPERATING REPORT | | .10 |
| 6/29/10 | KAC | ANALYZE POTENTIAL CLAIMS AGAINST OFFICERS AND DIRECTORS | | .40 |
| 6/29/10 | GSK | REVIEW LIEN AND OTHER ISSUES RELATED TO THEATER LEASE | | .40 |
| 6/29/10 | GSK | DRAFT E-MAIL TO REAL ESTATE AGENT RE ALAMO PROPERTY | | .20 |
| 6/29/10 | GSK | DRAFT E-MAIL TO REAL ESTATE AGENT RE ALAMO PROPERTY | | .20 |
| 6/30/10 | KAC | ANALYZE POTENTIAL CLAIMS AGAINST OFFICERS AND DIRECTORS | | .30 |
| 6/30/10 | RLE | REVIEW ADDITIONAL BOARD AND | | 1.60 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    15**            **COMMITTEE REPRESENTATION**

**313468-    201   201007-07106      190**

| | | | |
|---|---|---|---|
| | | BOARD COMMITTEE MINUTES AND PRESENTATIONS PRODUCED BY DEBTOR | |
| 6/30/10 | RLE | ANALYZE ISSUES REGARDING POTENTIAL D&O CLAIMS BASED ON FINANCIAL ISSUES | .30 |
| 6/30/10 | RLE | PREPARE EMAIL TO COMMITTEE CHAIR REGARDING PRE BANKRUPTCY FINANCIAL ANALYSES | .10 |
| 6/30/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE REGARDING POTENTIAL SALE OF ALAMO PROPERTY | .10 |
| 6/30/10 | GSK | REVIEW DOCUMENTS FROM DEBTOR RE ASSETS AND FINANCIAL INFORMATION | .50 |
| 6/30/10 | GSK | CALL WITH D. LINSMAYER RE POSSIBLE INTEREST IN LEASEHOLD | .10 |
| 6/30/10 | GSK | REVIEW FILE AND E-MAIL TO DEBTOR'S COUNSEL RE HERITAGE BANK PROMISSORY NOTE ON THEATER PROPERTY | .20 |

$40,733.50

Attorney Summary:

| Attorney/Paralegal | Rate | Hours | Fee |
|---|---|---|---|
| RLE  EISENBACH, ROBERT L. | 675 | 35.00 | 23,625.00 |
| KTC  CACHIA, KRIS T. | 210 | 4.30 | 903.00 |
| MIBA BRANICK-ABILLA, MARGARET I. | 575 | 1.50 | 862.50 |
| GSK  KLEINER, GREGG S. | 575 | 22.30 | 12,822.50 |
| KAC  COOKE, KELLY A. | 355 | 7.10 | 2,520.50 |

**For costs and disbursements recorded through June 30, 2010:**

POSTAGE                                          10.81

REPRODUCTION OF DOCUMENTS                        22.60



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

www.cooley.com

Taxpayer ID Number
94-1140085

Boston, MA
617 937-2300

                              COMMITTEE REPRESENTATION

                         313468-    201   201007-07106      190


                                        TOTAL COSTS:        $33.41

                                        **TOTAL:**        $40,766.91



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

September 27, 2010


KATHLEEN ODNE
MOUNT DIABLO YMCA CREDITORS' COMMITTEE
1333 N. CALIFORNIA BOULEVARD
SUITE 330
WALNUT CREEK CA 94596

**Bill Number**
**20100906867** 02 FM     190    190


**313468-   201**
Re: **COMMITTEE REPRESENTATION**


**For services rendered through July 31, 2010:**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 7/01/10 | GSK | REVIEW PORTIONS OF THEATER LEASE AND COURT AND OTHER DOCUMENTS RELATED TO THEATER LEASE | 1.40 |
| 7/01/10 | RLE | ANALYZE ISSUES REGARDING DANVILLE LEASE | .40 |
| 7/01/10 | RLE | PREPARE FOR AND APPEAR AT HEARING ON EMPLOYEE PTO MOTION | 1.20 |
| 7/01/10 | RLE | MEETING WITH R. FERNANDEZ REGARDING EMPLOYEE PTO AND OTHER ISSUES | .30 |
| 7/01/10 | RLE | ANALYZE ISSUES REGARDING INVESTIGATION OF D&O CLAIMS | .20 |
| 7/01/10 | KAC | ANALYZE POTENTIAL CLAIMS AGAINST OFFICERS AND DIRECTORS | 1.50 |
| 7/01/10 | GSK | REVIEW APPRAISAL OF ALAMO PROPERTY | .30 |
| 7/01/10 | GSK | CONFERENCE WITH CALL WITH B. POLLOCK AND C. BURGER RE POSSIBLE LISTING OF ALAMO PROPERTY | .50 |
| 7/01/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING YMCA MEETING AND FINANCIAL ISSUES | .30 |
| 7/01/10 | RLE | REVIEW AND REVISE LETTER TO NATIONAL YMCA | .20 |
| 7/01/10 | GSK | CALL FROM POTENTIAL LIQUIDATING TRUSTEE | .30 |
| 7/02/10 | RLE | REVIEW BPM APPLICATION REGARDING TAX ACCOUNTING WORK | .10 |
| 7/08/10 | RLE | TELEPHONE CONFERENCE WITH I. | .70 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    2**                 **COMMITTEE REPRESENTATION**

                             **313468-   201  201009-06867     190**

|  |  | MACDONALD, R. FERNANDEZ<br>REGARDING ALAMO PROPERTY,<br>THEATER LEASE AND RELATED<br>CASE ISSUES |  |
|---|---|---|---|
| 7/08/10 | RLE | ANALYZE ISSUES REGARDING<br>POTENTIAL CLAIMS AGAINST<br>DIRECTORS AND OFFICERS | .20 |
| 7/08/10 | KAC | ANALYZE POTENTIAL CLAIMS<br>AGAINST OFFICERS AND<br>DIRECTORS | 1.10 |
| 7/09/10 | RLE | TELEPHONE CONFERENCE WITH B.<br>HAEGELE REGARDING KPMG<br>EMPLOYMENT APPLICATION ISSUES | .30 |
| 7/09/10 | RLE | TELEPHONE CONFERENCE WITH K.<br>ODNE REGARDING CASE UPDATE | .40 |
| 7/12/10 | GSK | REVIEW AND RESPOND TO<br>QUESTIONS RAISED BY POTENTIAL<br>REAL ESTATE BROKER FOR<br>THEATER LEASE | .30 |
| 7/12/10 | SLG1 | BEGIN GROUND LEASE REVIEW | .40 |
| 7/12/10 | RLE | EXCHANGE EMAILS WITH K. ODNE<br>REGARDING COMMITTEE CALL | .10 |
| 7/12/10 | RLE | PREPARE EMAIL TO COMMITTEE<br>REGARDING COMMITTEE CALL | .20 |
| 7/12/10 | RLE | ANALYZE ISSUES REGARDING<br>THEATER LEASE | .20 |
| 7/12/10 | RLE | EXCHANGE EMAILS WITH<br>POTENTIAL BROKER REGARDING<br>THEATER | .10 |
| 7/12/10 | GSK | DETERMINE OPEN DOCUMENT AND<br>INFORMATION REQUESTS | .40 |
| 7/13/10 | GSK | REVIEW FILE AND FOLLOW-UP<br>E-MAIL TO DEBTOR'S COUNSEL ON<br>MOTION TO EXTEND TIME TO<br>ASSUME THEATER LEASE | .10 |
| 7/13/10 | SLG1 | REVIEW GROUND LEASE | 1.40 |
| 7/13/10 | RLE | REVISE CHART WITH OPEN<br>DOCUMENT REQUESTS | .20 |
| 7/13/10 | RLE | ANALYZE ISSUES REGARDING | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    3**                     **COMMITTEE REPRESENTATION**

                    **313468-    201   201009-06867        190**

| Date | | Description | Hours |
|---|---|---|---|
| | | THEATER PROPERTY | |
| 7/13/10 | RLE | REVIEW COOLEY FEE STATEMENT FOR JUNE | .30 |
| 7/13/10 | GSK | REVIEW MULTIPLE DOCUMENTS AND FILES AND DRAFT SUMMARY LIST OF OPEN DOCUMENT REQUESTS TO DEBTOR | 2.30 |
| 7/14/10 | SLG1 | DRAFT RESPONSE MEMORANDUM TO GROUND LEASE INQUIRIES FROM G. KLEINER | .60 |
| 7/14/10 | GSK | REVIEW MEMO FROM S. GILBERT RE THEATER LEASE AND LIEN | .30 |
| 7/14/10 | RLE | EXCHANGE EMAILS WITH BROKER REGARDING THEATER LEASE | .20 |
| 7/14/10 | RLE | ANALYZE ISSUES REGARDING THEATER LEASE AND POTENTIAL VALUE | .30 |
| 7/14/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING NATIONAL Y ISSUES | .10 |
| 7/15/10 | GSK | REVIEW AND RESPOND TO E-MAIL RE THEATER LEASE | .30 |
| 7/15/10 | RLE | ANALYZE ISSUES REGARDING THEATER LEASE AND OPTIONS | .20 |
| 7/15/10 | RLE | REVIEW KPMG DRAFT APPLICATION FOR EMPLOYMENT AND RELATED PAPERS | .20 |
| 7/15/10 | RLE | PREPARE EMAIL TO B. HAEGLE REGARDING KPMG EMPLOYMENT APPLICATION | .10 |
| 7/15/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING MATERIALS FOR COMMITTEE CALL | .30 |
| 7/15/10 | RLE | EXCHANGE EMAILS WITH I. MACDONALD REGARDING DOCUMENTS | .10 |
| 7/15/10 | RLE | EXCHANGE EMAILS WITH COUNSEL FOR HERITAGE BANK RE LEASE | .10 |
| 7/15/10 | RLE | EXCHANGE EMAILS REGARDING POTENTIAL PURCHASER OF THEATER LEASE | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page     4                      COMMITTEE REPRESENTATION

                         313468-   201  201009-06867      190


| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 7/15/10 | RLE | TELEPHONE CONFERENCE WITH D. DEUTSCHER REGARDING BANKING BIG CASE ISSUES | .30 |
| 7/16/10 | RLE | REVIEW UNION BANK RESPONSE TO FEE OBJECTION | .20 |
| 7/16/10 | RLE | DEVELOP STRATEGY REGARDING THEATER LEASE | .20 |
| 7/16/10 | RLE | MEETING WITH B. POLLACK REGARDING THEATER LEASE | .30 |
| 7/16/10 | RLE | CONFERENCE CALL WITH COMMITTEE REGARDING KEY CASE ISSUES AND UPDATE | .90 |
| 7/16/10 | RLE | FOLLOW UP CALL AND EMAIL TO B. HAEGELE REGARDING KPMG ENGAGEMENT | .20 |
| 7/16/10 | RLE | LEAVE DETAILED MESSAGE FOR I. MACDONALD REGARDING KPMG ENGAGEMENT | .10 |
| 7/16/10 | RLE | TELEPHONE CONFERENCE WITH B. GEBHARD REGARDING HERITAGE BANK POSITION | .40 |
| 7/16/10 | RLE | PREPARE EMAIL TO K. ODNE REGARDING KPMG ENGAGEMENT | .10 |
| 7/16/10 | KTC | OBTAIN MATERIALS RE UNION BANK'S OPPOSITION TO MOTION TO REVIEW FEES | .20 |
| 7/18/10 | RLE | EXCHANGE EMAILS WITH I. MACDONALD REGARDING KEY CASE ISSUES | .30 |
| 7/19/10 | KTC | REVISE AND FINALIZE KPMG LLP'S EMPLOYMENT MATERIALS AND PREPARE EMAIL TO R. EISENBACH RE SAME | .50 |
| 7/20/10 | RLE | EXCHANGE EMAILS WITH B. POLLOCK REGARDING THEATER LEASE | .20 |
| 7/21/10 | GSK | REVIEW, REVISE AND ANNOTATE DRAFT KPMG APPLICATION, DECLARATION AND ORDER FOR | .70 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN  415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|          |     |                                                                                      |      |
|----------|-----|--------------------------------------------------------------------------------------|------|
|          |     | EMPLOYMENT                                                                            |      |
| 7/21/10  | GSK | REVIEW AND RESPOND TO E-MAILS FROM I. MACDONALD RE EXTENSION OF TIME TO ASSUME THEATER LEASE | .30 |
| 7/21/10  | RLE | EXCHANGE EMAILS WITH K. ODNE, FULL COMMITTEE REGARDING CASE UPDATE ON KEY ISSUES | .60 |
| 7/21/10  | RLE | PREPARE EMAIL TO B. HAEGELE REGARDING KPMG EMPLOYMENT PAPERS | .10 |
| 7/21/10  | RLE | PREPARE EMAIL TO R. FERNANDEZ, R. CALLAWAY, B. POLLOCK REGARDING THEATER LEASE | .10 |
| 7/21/10  | GSK | REVIEW AND RESPOND TO E-MAIL TO CREDITORS COMMITTEE RE CASE STATUS | .20 |
| 7/21/10  | KTC | REVISE HAEGELE DECLARATION SUPPORT KPMG EMPLOYMENT APPLICATION | .10 |
| 7/22/10  | KTC | OBTAIN JUNE 2010 MONTHLY OPERATING REPORT | .10 |
| 7/22/10  | GSK | REVIEW CODE RE TIMING ON LEASE EXTENSION | .20 |
| 7/22/10  | GSK | REVIEW AND RESPOND TO E-MAIL RE THEATER LEASE | .30 |
| 7/22/10  | RLE | PREPARE EMAIL TO K. ODNE REGARDING KPMG EMPLOYMENT | .10 |
| 7/22/10  | RLE | PREPARE EMAIL TO B. HAEGELE REGARDING EMPLOYMENT APPLICATION | .10 |
| 7/22/10  | RLE | REVIEW CONSENT TO ENCUMBRANCE BETWEEN HERITAGE BANK AND LANDLORD OF THEATER LEASE | .10 |
| 7/22/10  | RLE | TELEPHONE CONFERENCE WITH I. MACDONALD REGARDING CASE ISSUES | .30 |
| 7/22/10  | RLE | TELEPHONE CONFERENCE WITH K. | .40 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    6                    COMMITTEE REPRESENTATION

                         313468-   201  201009-06867    190


|          |      |                                                              |       |
|----------|------|--------------------------------------------------------------|-------|
|          |      | ODNE REGARDING CASE ISSUES AND STRATEGY                      |       |
| 7/22/10  | RLE  | FINALIZE KPMG EMPLOYMENT APPLICATION                         | .20   |
| 7/22/10  | RLE  | ANALYZE ISSUES REGARDING THEATER LEASE                       | .20   |
| 7/22/10  | KTC  | REVISE AND FINALIZE KPMG EMPLOYMENT APPLICATION AND EXHIBITS | .50   |
| 7/23/10  | SLG1 | ANALYZE EFFECT OF CONSENT TO ENCUMBRANCE RE LEASE            | 1.00  |
| 7/23/10  | GSK  | REVIEW PROMISSORY NOTE AND RELATED BANK DOCUMENTS CONCERNING THEATER LOAN | .20 |
| 7/23/10  | GSK  | REVIEW OPPOSITION OF DEBTOR TO ATTORNEY'S FEE CLAIM OF UNION BANK | .30 |
| 7/23/10  | GSK  | REVIEW MULTIPLE E-MAILS RE THEATER LEASE AND ENCUMBRANCE     | .30   |
| 7/23/10  | RLE  | TELEPHONE CONFERENCE WITH K. ODNE REGARDING STATUS ON KEY CASE ISSUES | .30 |
| 7/23/10  | RLE  | REVIEW MOTION TO EXTEND TIME TO ASSUME OR REJECT THEATER LEASE | .20 |
| 7/23/10  | RLE  | EXCHANGE EMAILS WITH R. FERNANDEZ REGARDING THEATER LEASE MOTION | .10 |
| 7/23/10  | RLE  | ANALYZE ISSUES REGARDING THEATER LEASE AND HERITAGE BANK'S CONSENT TO ENCUMBRANCE | .30 |
| 7/23/10  | KTC  | OBTAIN MATERIAL RE NOTICE OF PERFECTION LIEN                 | .10   |
| 7/23/10  | KTC  | OBTAIN MATERIAL RE DEBTOR'S REPLY SUPPORTING UNION BANK TRANSACTION REVIEW | .10 |
| 7/23/10  | KTC  | REVISE KPMG EMPLOYMENT APPLICATION                           | .10   |
| 7/26/10  | GSK  | REVIEW MULTIPLE PLEADINGS TO                                 | .40   |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|          |     | EXTEND TIME TO ASSUME/REJECT AND ORDER SHORTENING TIME |      |
|----------|-----|-------------------------------------------------------|------|
| 7/26/10  | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING DOCUMENTS AND INVESTIGATION | .20 |
| 7/26/10  | RLE | REVIEW EMAIL FROM I. MACDONALD REGARDING CONCERNS ABOUT KPMG'S RETENTION | .20 |
| 7/26/10  | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING KPMG RETENTION ISSUES | .30 |
| 7/26/10  | KTC | OBTAIN MATERIALS RE SD BECHTEL CLAIM | .10 |
| 7/26/10  | KTC | OBTAIN UPDATED DOCKET | .10 |
| 7/26/10  | KTC | OBTAIN MATERIALS RE MOTIONS RE LEASE REJECTIONS | .20 |
| 7/27/10  | KTC | OBTAIN MATERIALS RE DEBTOR'S APPLICATION FOR DEFAULT ORDER TO REJECT CERTAIN LEASES | .10 |
| 7/27/10  | KTC | OBTAIN MATERIAL RE CITIBANK CLAIM | .10 |
| 7/27/10  | KTC | OBTAIN UPDATED DOCKET | .10 |
| 7/27/10  | RLE | EXCHANGE EMAILS WITH B. POLLOCK REGARDING THEATER LEASE | .10 |
| 7/28/10  | RLE | TELEPHONE CONFERENCE WITH I. MACDONALD REGARDING PLAN ISSUES | .20 |
| 7/28/10  | RLE | ANALYZE D&O POLICY ISSUES | .20 |
| 7/28/10  | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING KPMG RETENTION | .10 |
| 7/29/10  | KTC | OBTAIN ORDER AND MEMORANDUM RE DENIAL OF MOTION TO REVIEW UNION BANK TRANSACTION | .20 |
| 7/29/10  | KTC | OBTAIN MATERIALS RE PLAN OF REORGANIZATION, DISCLOSURE STATEMENT, AND EXHIBITS | .50 |
| 7/29/10  | RLE | REVIEW EMAILS FROM B. HAEGLE; | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|          |      | REVIEW KPMG EMPLOYMENT APPLICATION |     |
|----------|------|-----------------------------------|-----|
| 7/29/10  | RLE  | FOLLOW UP WITH I. MACDONALD REGARDING ALAMO PROPERTY OFFER | .10 |
| 7/29/10  | RLE  | ANALYZE ISSUES REGARDING ALAMO PROPERTY OFFER | .10 |
| 7/29/10  | RLE  | REVIEW CHAPTER 11 PLAN | .20 |
| 7/29/10  | GSK  | REVIEW AND SUMMARIZE AMENDED PURCHASE AGREEMENT FOR ALAMO PROPERTY | .40 |
| 7/30/10  | KTC  | OBTAIN EXHIBITS TO DISCLOSURE STATEMENT AND NOTICE OF HEARING RE SAME | .30 |
| 7/30/10  | KTC  | OBTAIN JUNE 2010 MONTHLY OPERATING REPORT | .10 |
| 7/30/10  | RLE  | REVIEW LETTER REGARDING YMCA RESPONSE | .10 |
| 7/30/10  | RLE  | REVIEW MATERIAL FROM DEBTOR'S COUNSEL REGARDING THEATER LEASE | .20 |
| 7/30/10  | RLE  | TELEPHONE CONFERENCE WITH K. ODNE REGARDING CASE STATUS | .20 |
| 7/30/10  | RLE  | PREPARE DETAILED EMAILS TO COMMITTEE REGARDING PLAN, ALAMO PROPERTY OFFER AND RELATED CASE ISSUES | .80 |
| 7/30/10  | RLE  | REVIEW OFFER ON ALAMO PROPERTY | .20 |
| 7/30/10  | RLE  | TELEPHONE CONFERENCE WITH B. POLLOCK REGARDING DANVILLE LEASE | .40 |
| 7/30/10  | RLE  | REVIEW AND ANALYZE DISCLOSURE STATEMENT AND PLAN | .30 |
| 7/30/10  | AMM2 | BEGIN REVIEW OF D&O POLICY AND COVERAGE QUESTIONS | .40 |
| 7/30/10  | GSK  | REVIEW E-MAIL FROM DEBTOR'S COUNSEL RE PAYMENTS MADE POST-PETITION AND INITIAL | .70 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

**Page   9**                    **COMMITTEE REPRESENTATION**

                        313468-   201  201009-06867      190


                    RESPONSE THERETO
   7/30/10   GSK   BEGIN REVIEW AND SUMMARY OF              2.70
                    PLAN AND DISCLOSURE STATEMENT
   7/30/10   GSK   BEGIN DRAFT OF SUMMARY OF KEY             .90
                    PLAN AND DISCLOSE STATEMENT
                    ISSUES                                            $23,603.00

   Attorney Summary:

| Attorney/Paralegal | Rate | Hours | Fee |
|---|---|---|---|
| RLE  EISENBACH, ROBERT L. | 675 | 17.60 | 11,880.00 |
| AMM2 MOONEY, ANN M. | 650 | .40 | 260.00 |
| KTC  CACHIA, KRIS T. | 210 | 3.50 | 735.00 |
| GSK  KLEINER, GREGG S. | 575 | 13.80 | 7,935.00 |
| KAC  COOKE, KELLY A. | 355 | 2.60 | 923.00 |
| SLG1 GILBERT, SEAGRUMN L. | 550 | 3.40 | 1,870.00 |


**For costs and disbursements recorded through July 31, 2010:**


   AUDIO/VIDEO CONFERENCING SERVICES                    22.88

   RESEARCH DATABASES / DOCUMENT RETRIEVAL              271.98

   MILEAGE, PARKING AND TOLLS                           22.00

   REPRODUCTION OF DOCUMENTS                             1.80

                                        TOTAL COSTS:      $318.66

                                        **TOTAL:**      $23,921.66

Case: 10-44367    Doc# 186-3    Filed: 10/26/10    Entered: 10/26/10 10:47:24    Page 41
of 65



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

September 27, 2010

KATHLEEN ODNE
MOUNT DIABLO YMCA CREDITORS' COMMITTEE
1333 N. CALIFORNIA BOULEVARD
SUITE 330
WALNUT CREEK CA 94596

**Bill Number**
**20100907537** 02 FM    190    190

313468-  201
 Re: **COMMITTEE REPRESENTATION**

**For services rendered from**
**August 1, 2010 through August 31, 2010:**

| | | | |
|---|---|---|---|
| 8/01/10 | RLE | REVIEW EMAIL ANALYSIS OF D&O POLICY FROM A. MOONEY | .10 |
| 8/01/10 | AMM2 | REVIEW D&O INSURANCE POLICY AND ANALYZE INSURANCE COVERAGE ISSUES | .80 |
| 8/02/10 | KTC | OBTAIN MATERIAL RE ORDER SHORTENING TIME RE MOTION TO REJECT CERTAIN CONTRACTS | .10 |
| 8/02/10 | RLE | TELEPHONE CONFERENCE WITH A. MOONEY REGARDING D&O POLICY ANALYSIS AND KEY ISSUES | .40 |
| 8/02/10 | RLE | REVIEW EMAIL REGARDING HEARING ON EXTENSION MOTION | .10 |
| 8/02/10 | AMM2 | TELEPHONE CONVERSATIONS WITH R. EISENBACH RE D&O INSURANCE COVERAGE ISSUES AND REVIEW POLICY RE SAME | .80 |
| 8/02/10 | RLE | CONFERENCE CALL WITH COMMITTEE REGARDING ALAMO PROPERTY AND OTHER CASE ISSUES | 1.00 |
| 8/03/10 | KTC | OBTAIN MATERIALS RE NOTICE OF UNAVAILABILITY OF COUNSEL, NOTICE OF HEARING ON MOTION TO EXTEND TIME, AND ORDER APPROVING REJECTION OF CERTAIN LEASE | .30 |
| 8/03/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 8/03/10 | KTC | PREPARE HEARING BINDER RE MOTION TO REJECT REAL PROPERTY LEASE | .40 |
| 8/03/10 | RLE | EXCHANGE EMAILS WITH S. | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|  |  |  |  |
|---|---|---|---|
|  |  | WILMONT REGARDING CASE STATUS AND STRATEGY |  |
| 8/05/10 | KTC | OBTAIN YMCA OF THE USA CLAIM | .10 |
| 8/06/10 | RLE | REVIEW STIPULATION AND ORDER REGARDING THEATER LEASE | .20 |
| 8/06/10 | RLE | EXCHANGE EMAILS WITH M. ST. JAMES, DEBTOR'S COUNSEL REGARDING THEATER LEASE STIPULATION AND ORDER | .20 |
| 8/10/10 | KTC | OBTAIN MATERIALS RE CLAIMS BY DEUTSCHER ENTITIES | .20 |
| 8/10/10 | KTC | OBTAIN UPDATED CLAIMS REGISTER | .10 |
| 8/10/10 | KTC | OBTAIN MATERIAL RE STIPULATION TO ASSUME/REJECT LEASE | .10 |
| 8/10/10 | RLE | REVIEW AND EXECUTE REVISED ORDER REGARDING THEATER LEASE | .10 |
| 8/10/10 | RLE | DRAFT DEMAND LETTER TO OFFICERS REGARDING D&O CLAIMS | .90 |
| 8/10/10 | RLE | REVIEW REVISED HAEGELE DECLARATION REGARDING KPMG EMPLOYMENT | .20 |
| 8/10/10 | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING KPMG EMPLOYMENT APPLICATION | .10 |
| 8/10/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING D&O CLAIM | .10 |
| 8/10/10 | RLE | TELEPHONE CONFERENCE WITH A. MOONEY REGARDING D&O CLAIM LETTER AND POLICY ISSUES | .40 |
| 8/10/10 | RLE | REVIEW BOARD MINUTES, SCHEDULES AND OTHER MATERIALS REGARDING D&O CLAIM | .60 |
| 8/10/10 | AMM2 | REVIEW DRAFT DEMAND LETTER | .20 |
| 8/10/10 | KTC | FOLLOW-UP RE STATUS OF KPMG EMPLOYMENT APPLICATION | .10 |
| 8/11/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 8/11/10 | GSK | TELEPHONE CALL TO POTENTIAL | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|  |  |  |  |
|---|---|---|---|
|  |  | REAL ESTATE BROKER FOR ALAMO PROPERTY |  |
| 8/11/10 | RLE | PREPARE EMAIL TO COMMITTEE REGARDING CASE DEVELOPMENTS | .30 |
| 8/11/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING D&O CLAIM LETTER ISSUES | .20 |
| 8/11/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING KPMG APPLICATION AND STATUS | .10 |
| 8/11/10 | RLE | ANALYZE ISSUES REGARDING D&O CLAIM LETTER | .30 |
| 8/11/10 | RLE | TELEPHONE CONFERENCE WITH D. DEUTSCHER REGARDING COMMITTEE RESIGNATION | .10 |
| 8/11/10 | RLE | REVIEW EMAIL FROM D. DEUTSCHER REGARDING COMMITTEE RESIGNATION | .10 |
| 8/11/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING D&O CLAIM LETTER ISSUES | .10 |
| 8/11/10 | AMM2 | E-MAIL EXCHANGE WITH R. EISENBACH RE D&O INSURANCE COVERAGE ISSUES | .30 |
| 8/11/10 | KTC | REVISE AND FINALIZE KPMG EMPLOYMENT APPLICATION, HAEGELE DECLARATION, EXHIBITS AND PROPOSED ORDER | .60 |
| 8/11/10 | KTC | PREPARE PROOF OF SERVICE RE KPMG EMPLOYMENT APPLICATION AND SERVICE OF SAME | .50 |
| 8/11/10 | KTC | ELECTRONICALLY FILE KPMG EMPLOYMENT APPLICATION WITH EXHIBITS AND PROOF OF SERVICE | .30 |
| 8/12/10 | GSK | TELEPHONE CONVERSATIONS WITH PROSPECTIVE REAL ESTATE BROKER FOR ALAMO PROPERTY | .50 |
| 8/12/10 | GSK | E-MAIL TO PROSPECTIVE REAL ESTATE BROKER FOR ALAMO | .30 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    4                    COMMITTEE REPRESENTATION

313468-   201  201009-07537    190

|  |  |  |  |
|---|---|---|---|
|  |  | PROPERTY |  |
| 8/12/10 | RLE | PREPARE EMAIL TO I. MACDONALD, R. FERNANDEZ REGARDING D&O LETTER AND OTHER CASE ISSUES | .10 |
| 8/12/10 | RLE | REVIEW EMAIL FROM G. TORTOLANI | .10 |
| 8/12/10 | RLE | ANALYZE ISSUES REGARDING KPMG INVESTIGATION | .10 |
| 8/12/10 | RLE | PREPARE EMAIL TO K. ODNE REGARDING TORTOLANI | .10 |
| 8/12/10 | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING INVESTIGATION | .30 |
| 8/13/10 | GSK | BEGIN DRAFTING E-MAIL TO DEBTOR'S COUNSEL RE CREDITORS COMMITTEE'S CONCERNS ABOUT DISCLOSURE STATEMENT AND PLAN | .30 |
| 8/13/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING INVESTIGATION | .10 |
| 8/13/10 | RLE | EXCHANGE EMAILS WITH G. TORTOLANI | .10 |
| 8/13/10 | RLE | PREPARE EMAIL TO R. CALLAWAY REGARDING D&O CLAIM | .10 |
| 8/13/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 8/13/10 | KTC | OBTAIN CLAIMS BY HERITAGE BANK, TCF, AND CALIFORNIA LAND & TRUST | .20 |
| 8/16/10 | GSK | FURTHER DRAFTING OF E-MAIL TO I. MACDONALD RE CREDITORS COMMITTEE CONCERNS RE DISCLOSURE STATEMENT | .30 |
| 8/16/10 | GSK | MESSAGE FROM AND CALL WITH POTENTIAL REAL ESTATE BROKER AND R. EISENBACH | 1.20 |
| 8/16/10 | RLE | TELEPHONE CONFERENCE WITH G. TORTOLANI REGARDING D&O CLAIMS | .30 |
| 8/16/10 | RLE | LEAVE DETAILED MESSAGE FOR K. | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

|          |     |                                                            |      |
|----------|-----|------------------------------------------------------------|------|
|          |     | ODNE REGARDING D&O UPDATE                                  |      |
| 8/16/10  | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING INVESTIGATION | .40 |
| 8/16/10  | RLE | TELEPHONE CONFERENCE WITH T.W. STARKWEATHER REGARDING POTENTIAL LISTING OF ALAMO PROPERTY | .80 |
| 8/16/10  | RLE | EXCHANGE EMAILS WITH B. POLLOCK REGARDING THEATER LEASE     | .10  |
| 8/17/10  | RLE | EXCHANGE EMAILS WITH U.S. TRUSTEE'S OFFICE REGARDING KPMG APPLICATION | .20 |
| 8/17/10  | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING D&O CLAIM ISSUES | .40 |
| 8/17/10  | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING ALAMO PROPERTY SALE | .20 |
| 8/17/10  | RLE | TELEPHONE CONFERENCE WITH I. MACDONALD REGARDING PLAN AND OVERALL CASE ISSUES | .30 |
| 8/17/10  | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING NATIONAL YMCA ISSUES | .10 |
| 8/17/10  | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING U.S. TRUSTEE QUESTIONS ON APPLICATION | .10 |
| 8/17/10  | RLE | TELEPHONE CONFERENCE WITH K. SUTHERLAND REGARDING ALAMO PROPERTY | .20 |
| 8/17/10  | RLE | PREPARE EMAIL TO K. SUTHERLAND REGARDING ALAMO PROPERTY     | .10  |
| 8/17/10  | RLE | ANALYZE PLAN AND DISCLOSURE STATEMENT ISSUES               | .20  |
| 8/17/10  | KTC | OBTAIN UPDATED DOCKET                                       | .10  |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page     6**                        **COMMITTEE REPRESENTATION**

                        **313468-    201  201009-07537      190**


| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/17/10 | KTC | OBTAIN NEWLY FILED MULTIPLE CLAIMS | .30 |
| 8/17/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM REAL ESTATE BROKER RE ALAMO LAND | .20 |
| 8/17/10 | GSK | FURTHER DRAFTING OF CREDITORS COMMITTEE CONCERNS RE PLAN AND DISCLOSURE STATEMENT | 1.20 |
| 8/18/10 | KTC | OBTAIN UPDATED DOCKET | .10 |
| 8/18/10 | KTC | OBTAIN UPDATED CLAIMS REGISTER | .10 |
| 8/18/10 | GSK | REVIEW DOCUMENTS AND E-MAIL RE CALIFORNIA BANK AND TRUST STIPULATION FOR RELIEF FROM STAY | .90 |
| 8/18/10 | GSK | E-MAIL TO COUNSEL FOR CALIFORNIA BANK AND TRUST STIPULATION FOR RELIEF FROM STAY | .20 |
| 8/18/10 | GSK | MAKE ANNOTATIONS TO DRAFT STIPULATION FROM CALIFORNIA BANK AND TRUST STIPULATION FOR RELIEF FROM STAY | .30 |
| 8/18/10 | RLE | REVIEW CALIFORNIA BANK AND TRUST RELIEF FROM STAY STIPULATION AND RELATED ISSUES | .20 |
| 8/18/10 | RLE | EXCHANGE EMAILS WITH K. ODNE, B. HAEGELE REGARDING INVESTIGATION | .10 |
| 8/18/10 | RLE | REVIEW COOLEY FEE STATEMENTS | .30 |
| 8/18/10 | KTC | REVISE AND FINALIZE PROPOSED ORDER APPROVING KPMG EMPLOYMENT AND ELECTRONICALLY SUBMIT TO COURT | .40 |
| 8/19/10 | RLE | TELEPHONE CONFERENCE WITH ODNE REGARDING PLAN AND DISCLOSURE STATEMENT ISSUES | .30 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

**Page    7**                       **COMMITTEE REPRESENTATION**

                        **313468-    201  201009-07537      190**

| | | | |
|---|---|---|---|
| 8/19/10 | RLE | EXCHANGE EMAILS WITH I. MACDONALD REGARDING DISCLOSURE STATEMENT | .10 |
| 8/19/10 | RLE | PREPARE EMAIL TO K. ODNE REGARDING DISCLOSURE STATEMENT STATUS | .10 |
| 8/19/10 | RLE | TELEPHONE CONFERENCE WITH I. MACONALD REGARDING DISCLOSURE STATEMENT ISSUES | .10 |
| 8/19/10 | RLE | TELEPHONE CONFERENCE WITH K. SUTHERLAND REGARDING ALAMO PROPERTY | .20 |
| 8/19/10 | KTC | OBTAIN AFCO CREDIT CLAIM | .10 |
| 8/19/10 | GSK | REVIEW ISSUES RE POSSIBLE EXTENSION ON HEARING ON DISCLOSURE STATEMENT | .20 |
| 8/19/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM C. CHAING RE RELIEF FROM STAY STIPULATION FROM CB&T | .30 |
| 8/19/10 | GSK | CALL FROM POTENTIAL BROKER RE INTEREST IN PURCHASING ALAMO PROPERTY | .20 |
| 8/19/10 | AMM2 | COMMUNICATIONS WITH R. EISENBACH RE INSURANCE COVERAGE ISSUE | .20 |
| 8/20/10 | RLE | REVIEW AND REVISE LETTER TO NATIONAL YMCA REGARDING CLAIM | .20 |
| 8/20/10 | RLE | PREPARE EMAIL TO K. ODNE, B. HAEGELE REGARDING KPMG CONTACT AND INVESTIGATION | .10 |
| 8/20/10 | RLE | TELEPHONE CONFERENCE WITH I. MACDONALD REGARDING DISCLOSURE STATEMENT CONTINUANCE | .10 |
| 8/20/10 | RLE | EXCHANGE EMAILS WITH I. MACDONALD REGARDING DISCLOSURE STATEMENT | .10 |
| 8/20/10 | RLE | TELEPHONE CONFERENCE WITH A. MOONEY REGARDING D&O POLICY | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

```
                  ISSUES
8/20/10  RLE      PREPARE DETAILED CASE UPDATE              .60
                  TO COMMITTEE
8/20/10  RLE      ANALYZE ISSUES REGARDING                  .30
                  ALAMO PROPERTY AND POTENTIAL
                  BROKERS
8/20/10  RLE      ANALYZE ISSUES REGARDING PLAN             .20
                  AND TRUST AGREEMENT
8/20/10  GSK      REVIEW E-MAIL AND DRAFT                  1.20
                  LISTING AGREEMENT FOR ALAMO
                  PROPERTY AND BEGIN SUGGESTED
                  ANNOTATIONS TO SAME
8/20/10  AMM2     TELEPHONE CONVERSATION WITH               .30
                  R. EISENBACH RE INSURANCE
                  COVERAGE ISSUE
8/23/10  SLG1     REVISE LISTING AGREEMENT                  .90
8/23/10  GSK      BEGIN DRAFTING LISTING                   2.50
                  AGREEMENT FOR ALAMO PROPERTY
8/23/10  GSK      CALL FROM POTENTIAL LISTING               .10
                  AGENT FROM ALAMO PROPERTY RE
                  POSSIBLE LISTING AND
                  QUESTIONS ABOUT PROPERTY
8/23/10  GSK      REVIEW AND RESPOND TO E-MAIL              .20
                  FROM CREDITORS COMMITTEE RE
                  CLAIMS ISSUES
8/24/10  GSK      THEATER LEASE:  CALL WITH R.              .30
                  GEBHARDT, COUNSEL FOR
                  HERITAGE BANK
8/24/10  GSK      CALL WITH K. ODNE RE ALAMO                .20
                  PROPERTY
8/24/10  GSK      E-MAIL TO K. ODNE RE CLAIMS              1.40
                  AND PAYMENT PROJECTIONS
8/24/10  GSK      FURTHER REVISIONS TO DRAFT                .70
                  LISTING AGREEMENT AND E-MAIL
                  TO POTENTIAL BROKER
8/24/10  AMM2     CONFER WITH C. SCHAIBLE RE                .30
                  INSURANCE COVERAGE RESEARCH
                  ISSUE
8/24/10  CMS      CONFER WITH A. MOONEY RE                  .20
```



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

**Page    9**                    **COMMITTEE REPRESENTATION**

313468-    201    201009-07537       190

|          |      |                                          |       |
|----------|------|------------------------------------------|-------|
|          |      | INSURED V. INSURED RESEARCH ISSUE        |       |
| 8/24/10  | KTC  | REVISE PROPOSED KPMG EMPLOYMENT ORDER AND RESUBMIT TO COURT | .20 |
| 8/25/10  | KTC  | OBTAIN MONTHLY OPERATING REPORT          | .10   |
| 8/25/10  | GSK  | REVIEW AND RESPOND TO E-MAIL FROM PROPOSED REAL ESTATE BROKER FOR ALAMO PROPERTY | .40 |
| 8/25/10  | GSK  | DRAFT E-MAILS TO DEBTOR'S COUNSEL RE BAR DATE AND REQUESTING DOCUMENTS | .20 |
| 8/25/10  | AMM2 | ANALYZE INSURANCE COVERAGE ISSUE RE INSURED V INSURED EXCLUSION | .40 |
| 8/25/10  | CMS  | INITIAL LEGAL RESEARCH RE APPLICATION OF INSURED V. INSURED EXCLUSION AND EXCEPTION THERETO | 1.10 |
| 8/25/10  | GSK  | REVIEW JULY MONTHLY OPERATING REPORTS    | .30   |
| 8/26/10  | KTC  | OBTAIN UPDATED DOCKET                    | .10   |
| 8/26/10  | KTC  | OBTAIN MATERIAL RE LANDLORD'S LIMITED OBJECTION TO DISCLOSURE STATEMENT | .10 |
| 8/26/10  | KTC  | OBTAIN REQUEST FOR NOTICE                | .10   |
| 8/26/10  | GSK  | REVIEW OBJECTION TO DISCLOSURE STATEMENT FILED BY LANDLORD'S COUNSEL | .20 |
| 8/26/10  | GSK  | REVIEW AND RESPOND TO E-MAIL RE THEATER LEASE | .30 |
| 8/26/10  | GSK  | RETURN TELEPHONE CALL TO B. POLLOCK RE INTEREST IN DANVILLE THEATER LEASE | .50 |
| 8/26/10  | CMS  | LEGAL RESEARCH RE APPLICATION OF INSURED V. INSURED EXCLUSION AND EXCEPTION THERETO | 1.90 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

| Date | Init. | Description | Hours |
|---|---|---|---|
| 8/26/10 | KTC | CONVERSATIONS WITH W. SHAFFER AT KPMG RE CASE STATUS AND PROFESSIONAL COMPENSATION ISSUES | .10 |
| 8/27/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM C. CHIANG, COUNSEL FOR CBAT RE STIPULATION FOR RELIEF FROM STAY | .10 |
| 8/27/10 | GSK | REVIEW FILE AND E-MAIL TO K. ODNE RE DISPOSITION OF ESTATE ASSETS | .50 |
| 8/27/10 | KTC | OBTAIN MATERIAL RE NOTICE OF CONTINUED HEARING ON DISCLOSURE STATEMENT | .10 |
| 8/27/10 | KTC | OBTAIN ORDER GRANTING KPMG'S EMPLOYMENT AND PREPARE EMAIL TO W. SHAFFER AND W. HAEGELE RE SAME | .10 |
| 8/29/10 | GSK | REVIEW AND RESPOND TO E-MAILS FROM I. MACDONALD RE THEATER LEASE, ADMINISTRATIVE BAR DATE, ETC. | .20 |
| 8/30/10 | GSK | REVIEW AND RESPOND TO E-MAILS | .10 |
| 8/30/10 | GSK | REVIEW AND RESPOND TO E-MAIL RE CALIFORNIA BANK AND TRUST STIPULATION FOR RELIEF FROM STAY | .10 |
| 8/30/10 | GSK | REVIEW AND RESPOND TO E-MAIL RE AFCO REQUEST FOR RELIEF FROM STAY STIPULATION RE INSURANCE | .10 |
| 8/30/10 | GSK | E-MAIL TO T.W. STARKWEATHER RE AVAILABLE MEETING DATES RE POSSIBLE LISTING ALAMO PROPERTY | .30 |
| 8/30/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE BACKGROUND ON T.W. STARKWEATHER AND DEBTOR'S AVAILABILITY FOR A MEETING RE | .40 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    11                    COMMITTEE REPRESENTATION

                    313468-    201  201009-07537    190


|          |      |                                                            |        |            |
|----------|------|------------------------------------------------------------|--------|------------|
|          |      | POSSIBLE LISTING ALAMO PROPERTY                            |        |            |
| 8/30/10  | CMS  | DRAFT MEMO TO R. EISENBACH RE INSURED V. INSURED EXCLUSION AND EXCEPTION THERETO | 1.60 |  |
| 8/31/10  | KTC  | OBTAIN NOTICE OF CONTINUED HEARING                         | .10    |            |
| 8/31/10  | GSK  | CALL WITH AND E-MAILS TO DEBTOR'S COUNSEL RE ALAMO PROPERTY AND INSURANCE ISSUES | .30 |  |
| 8/31/10  | GSK  | CALL AND E-MAIL WITH M. BRANAGH AS PROSPECTIVE LISTING AGENT FOR ALAMO PROPERTY | .50 |  |
| 8/31/10  | GSK  | REVIEW E-MAILS RE AFCO STIPULATION FOR RELIEF FROM STAY RE INSURANCE PREMIUMS AND RESPOND TO SAME | 1.00 |  |
| 8/31/10  | RLE  | ANALYZE ISSUES REGARDING AFCO INSURANCE AND RELIEF FROM STAY STIPULATION | .20 |  |
| 8/31/10  | RLE  | REVIEW EMAILS REGARDING ALAMO PROPERTY AND POTENTIAL BROKER | .10    | $26,328.00 |

Attorney Summary:

| Attorney/Paralegal           | Rate | Hours | Fee       |
|------------------------------|------|-------|-----------|
| RLE  EISENBACH, ROBERT L.    | 675  | 13.70 | 9,247.50  |
| AMM2 MOONEY, ANN M.          | 650  | 3.30  | 2,145.00  |
| CMS  SCHAIBLE, CHARLES M.    | 580  | 4.80  | 2,784.00  |
| KTC  CACHIA, KRIS T.         | 210  | 5.40  | 1,134.00  |
| GSK  KLEINER, GREGG S.       | 575  | 18.30 | 10,522.50 |
| SLG1 GILBERT, SEAGRUMN L.    | 550  | .90   | 495.00    |

**For costs and disbursements recorded from
August 1, 2010 through August 31, 2010:**


AUDIO/VIDEO CONFERENCING SERVICES                    10.58



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    12                    **COMMITTEE REPRESENTATION**

                             **313468-    201   201009-07537     190**


POSTAGE                                              26.91

SUPPLIES                                              7.67

TELEPHONE                                              .78

TRANSPORTATION                                        6.20

REPRODUCTION OF DOCUMENTS                           128.26

                                   TOTAL COSTS:     $224.92

                                   **TOTAL:**      $26,552.92

# Cooley
## GODWARD KRONISH LLP

ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

October 13, 2010

KATHLEEN ODNE
MOUNT DIABLO YMCA CREDITORS' COMMITTEE
1333 N. CALIFORNIA BOULEVARD
SUITE 330
WALNUT CREEK CA 94596

**Bill Number**
**20101006898** 02 FM     190    190

**313468-   201**
Re: **COMMITTEE REPRESENTATION**

**For services rendered through September 30, 2010:**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/01/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE RELIEF FROM STAY RE AFCO AND NEW INSURANCE COVERAGE | .10 |
| 9/01/10 | GSK | REVIEW VOICEMAIL FROM D. SCHURICHT RE RELIEF FROM STAY FOR AFCO | .10 |
| 9/01/10 | GSK | REVIEW NOTICE RE CONTINUED DISCLOSURE STATEMENT HEARING AND E-MAIL TO DEBTOR'S COUNSEL RE SAME | .10 |
| 9/01/10 | RLE | DETERMINE STATUS REGARDING ALAMO PROPERTY BROKER DISCUSSIONS | .10 |
| 9/01/10 | RLE | REVIEW NOTICE REGARDING CONTINUED DISCLOSURE STATEMENT HEARING | .10 |
| 9/02/10 | GSK | CALL AND E-MAIL WITH I. MACDONALD RE ALAMO PROPERTY, JOINT MEETING DATES AND CLAIMS BAR DATES | .40 |
| 9/02/10 | GSK | REVIEW E-MAIL FROM AFCO COUNSEL, D. SCHURICHT RE RELIEF FROM STAY AND INSURANCE ISSUES | .10 |
| 9/02/10 | GSK | REVIEW ISSUES RE SALE OF PROPERTY AND POSSIBLE REVISIONS TO LISTING AGREEMENT | .40 |
| 9/02/10 | GSK | REVIEW ISSUES RELATED TO REAL ESTATE PROPERTY TAXES AND ASSESSMENTS ON THEATER LEASE | .30 |
| 9/02/10 | RLE | REVIEW EMAILS REGARDING AFCO STAY RELIEF ISSUES | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    2                    COMMITTEE REPRESENTATION

                      313468-    201   201010-06898    190

| Date | Init. | Description | Hours |
|---|---|---|---|
| 9/02/10 | RLE | TELEPHONE CONFERENCE WITH B. HAEGELE REGARDING INVESTIGATION STATUS | .40 |
| 9/02/10 | RLE | ANALYZE ISSUES REGARDING ALAMO PROPERTY SALE | .30 |
| 9/02/10 | RLE | REVIEW PROPERTY TAX ISSUES AT THEATER PROPERTY | .10 |
| 9/02/10 | RLE | TELEPHONE CONFERENCE WITH B. POLLOCK REGARDING THEATER PROPERTY LEASE | .20 |
| 9/03/10 | GSK | REVIEW AFCO MOTION FOR RELIEF FROM STAY | .30 |
| 9/03/10 | GSK | REVIEW DEBTOR'S DRAFT MOTION TO ABANDON PERSONAL PROPERTY AND RESPOND TO E-MAILS RE SAME | .40 |
| 9/03/10 | GSK | REVIEW FILE AND E-MAIL TO DEBTOR'S COUNSEL RE TRUST AGREEMENT | .20 |
| 9/03/10 | GSK | CALL AND E-MAIL WITH D. BRADLOW RE LIQUIDATING TRUSTEE POSITION | .80 |
| 9/03/10 | GSK | REVIEW FILE AND DRAFT DETAILED E-MAIL TO CREDITORS COMMITTEE RE ALAMO PROPERTY AND BROKER ISSUES | 1.50 |
| 9/03/10 | GSK | REVIEW ISSUES RELATED TO ASSUMPTION AND ASSIGNMENT OF THEATER LEASE AND POTENTIAL ADMINISTRATIVE LIABILITY | 1.90 |
| 9/03/10 | KTC | OBTAIN MATERIALS RE MOTION TO SHORTEN TIME AND RELIEF FROM STAY MOTION | .20 |
| 9/03/10 | RLE | ANALYZE ISSUES REGARDING TAX CLAIMS RELATED TO THEATER LEASE | .20 |
| 9/03/10 | RLE | TELEPHONE CONFERENCE WITH G. KLEINER REGARDING ABANDONMENT OF MODULAR UNITS | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

| | | | |
|---|---|---|---|
| 9/07/10 | KTC | OBTAIN UPDATED DOCKET AND CALENDAR HEARING DATES | .10 |
| 9/07/10 | KTC | OBTAIN MATERIALS RE AFCO RELIEF FROM STAY MOTION | .20 |
| 9/07/10 | KTC | OBTAIN MATERIALS RE MOTION TO ABANDON MODULAR FACILITIES | .20 |
| 9/07/10 | RLE | REVIEW EMAILS REGARDING AFCO RELIEF FROM STAY AND INSURANCE | .10 |
| 9/07/10 | RLE | TELEPHONE CONFERENCE WITH K. SUTHERLAND REGARDING ALAMO PROPERTY | .10 |
| 9/07/10 | RLE | PREPARE AND REVISE DETAILED EMAIL TO COMMITTEE ON MEETING, BROKER ISSUES AND OTHER CASE MATTERS | .80 |
| 9/07/10 | RLE | TELEPHONE CONFERENCE WITH C. SCHAIBLE REGARDING D&O INSURANCE ISSUES | .20 |
| 9/07/10 | RLE | ANALYZE ISSUES REGARDING THEATER LEASE | .10 |
| 9/07/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM POTENTIAL ALAMO DEVELOPER | .20 |
| 9/07/10 | GSK | REVIEW ISSUES RE LISTING ALAMO PROPERTY | .20 |
| 9/07/10 | GSK | REVIEW MULTIPLE PLEADINGS FILED RE RELIEF FROM STAY AND MOTION TO ABANDON | .20 |
| 9/07/10 | CMS | TELEPHONE CONFERENCE WITH R. EISENBACH RE INSURANCE ISSUES | .20 |
| 9/10/10 | RLE | TELEPHONE CONFERENCE WITH T. GAUSTAD REGARDING KPMG WORK AND STATUS | .20 |
| 9/10/10 | RLE | EXCHANGE EMAILS WITH R. FERNANDEZ, T. GREEN REGARDING KPMG ACCESS TO IDF FACILITY AND SERVER | .20 |
| 9/10/10 | RLE | REVIEW AFCO STAY RELIEF | .10 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    4**                    **COMMITTEE REPRESENTATION**

**313468-    201  201010-06898      190**

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | STIPULATION | |
| 9/10/10 | RLE | REVIEW EMAILS REGARDING BROKER PROPOSALS | .10 |
| 9/10/10 | RLE | EXCHANGE EMAILS WITH COMMITTEE MEMBERS REGARDING MEETING | .10 |
| 9/10/10 | RLE | REVIEW RESIGNATION LETTER FROM DAVID HARRIS | .10 |
| 9/10/10 | RLE | PREPARE EMAIL TO K. ODNE, M. MCGEE REGARDING RESIGNATION OF D. HARRIS | .10 |
| 9/10/10 | GSK | PREPARE FOR AND APPEAR AT HEARING RE AFCO RELIEF FROM STAY MOTION | 1.70 |
| 9/10/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM DEBTOR'S COUNSEL RE POTENTIAL LISTING AGENTS AND MEETING | .20 |
| 9/10/10 | GSK | REVIEW AFCO STIPULATION/ORDER RE RELIEF FROM STAY AND E-MAIL TO DEBTOR'S COUNSEL RE SAME | .30 |
| 9/10/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM DEBTOR'S COUNSEL RE ALAMO PROPERTY | .10 |
| 9/10/10 | KTC | OBTAIN MATERIALS RE BURR PILGER INTERIM FEE APPLICATION | .20 |
| 9/13/10 | RLE | EXCHANGE EMAILS WITH T. GAUSTAD REGARDING ACCESS TO SERVER | .10 |
| 9/13/10 | RLE | EXCHANGE EMAILS WITH R. FERNANDEZ REGARDING KPMG ACCESS | .10 |
| 9/13/10 | RLE | EXCHANGE EMAILS WITH S. WILMONT REGARDING COMMITTEE MEETING | .10 |
| 9/14/10 | RLE | REVIEW BURR PILGER FEE APPLICATION | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

**Page     5**                    **COMMITTEE REPRESENTATION**

                       **313468-   201  201010-06898    190**


| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 9/14/10 | RLE | REVIEW PROPOSALS FOR ALAMO PROPERTY LISTING | .20 |
| 9/14/10 | RLE | TELEPHONE CONFERENCE WITH K. SUTHERLAND REGARDING ALAMO PROPERTY | .20 |
| 9/14/10 | RLE | DEVELOP STRATEGY REGARDING ALAMO PROPERTY SALE | .20 |
| 9/14/10 | GSK | BEGIN REVIEW OF BURR PILGER FEE APPLICATION | .80 |
| 9/14/10 | GSK | BEGIN REVIEW E-MAIL AND LISTING PROPOSAL FROM DEBTOR'S COUNSEL | .30 |
| 9/15/10 | RLE | ANALYZE ISSUES REGARDING ALAMO PROPERTY AND POTENTIAL SALE STRATEGY | .20 |
| 9/15/10 | RLE | REVIEW BROKER INFORMATION REGARDING ALAMO PROPERTY | .20 |
| 9/15/10 | RLE | REVIEW EMAIL FROM I. MACDONALD REGARDING DISCLOSURE STATEMENT | .10 |
| 9/15/10 | RLE | TELEPHONE CONFERENCE WITH T. GAUSTAD REGARDING ACCESS TO ELECTRONIC DATA | .10 |
| 9/15/10 | KTC | OBTAIN ORDERS RE RELIEF FROM STAY MOTION AND STIPULATION | .20 |
| 9/15/10 | KTC | OBTAIN CALIFORNIA EDD CLAIM | .10 |
| 9/15/10 | GSK | REVIEW MULTIPLE E-MAILS AND PROPOSALS RE ALAMO REAL PROPERTY | .80 |
| 9/15/10 | GSK | REVIEW DRAFT ORDER AND MULTIPLE SPREADSHEETS FROM DEBTOR SEEKING APPROVAL OF WAGE PRIORITY CLAIMS | .70 |
| 9/15/10 | GSK | CALL WITH DEBTOR'S COUNSEL RE QUESTIONS CONCERNING DRAFT ORDER AND MULTIPLE SPREADSHEETS FROM DEBTOR SEEKING APPROVAL OF WAGE PRIORITY CLAIMS | .40 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

www.cooley.com

Taxpayer ID Number
94-1140085

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 9/16/10 | RLE | EXCHANGE EMAILS WITH B. POLLOCK REGARDING THEATER PROPERTY | .10 |
| 9/17/10 | RLE | EXCHANGE EMAILS WITH T. GAUSTAD REGARDING DOCUMENT REVIEW | .10 |
| 9/17/10 | RLE | EXCHANGE EMAILS WITH G. KLEINER REGARDING ANALYSIS OF BROKER PROPOSALS FOR ALAMO PROPERTY | .20 |
| 9/17/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING ALAMO PROPERTY BROKER PROPOSALS | .20 |
| 9/17/10 | RLE | REVIEW EMAIL FROM I. MACDONALD REGARDING MEETING WITH COMMITTEE | .10 |
| 9/17/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE PROPOSED SCHEDULE AND AGENDA FOR MEETING ON SEPTEMBER 21 | .40 |
| 9/17/10 | GSK | SUMMARYZE PROPOSALS FOR LISTING ALAMO PROPERTY FOR GROUP MEETING | .60 |
| 9/17/10 | KTC | OBTAIN NOTICE OF HEARING ON INTERIM FEE APPLICATION | .10 |
| 9/20/10 | GSK | RETURN CALL TO B. POLLOCK RE THEATER LEASE | .30 |
| 9/20/10 | GSK | REVIEW AND RESPOND TO E-MAIL FROM TW STARKWEATHER | .20 |
| 9/20/10 | GSK | CALL WITH R. FERNANDEZ RE MEETING TIMES AND E-MAIL TO HIM REVISED ITINERARY | .20 |
| 9/20/10 | GSK | REVIEW FILES AND GATHER DOCUMENTS FOR PRESENTATION TO JOINT CREDITORS COMMITTEE AND DEBTOR MEETING | .60 |
| 9/20/10 | RLE | TELEPHONE CONFERENCE WITH K. ODNE REGARDING COMMITTEE MEETING AND UPDATE | .40 |
| 9/20/10 | RLE | ANALYZE ISSUES REGARDING | .20 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

```
                     ALAMO BROKERS
9/21/10   GSK      PARTICIPATE IN JOINT MEETING           3.20
                   IN WALNUT CREEK WITH THE
                   CREDITORS COMMITTEE AND
                   DEBTOR RE REAL ESTATE ISSUES
9/21/10   GSK      REVIEW ISSUES RELATED D&O                .40
                   CLAIMS AND PLAN REVISIONS
9/21/10   GSK      REVIEW DRAFT LISTING                     .30
                   AGREEMENT AND E-MAIL TO
                   DEBTOR'S COUNSEL RE LISTING
                   AGREEMENT FOR CBRE
9/21/10   GSK      CALL AND E-MAIL TO DEBTOR'S              .10
                   COUNSEL RE COPIES OF PLAN FOR
                   REVISIONS
9/21/10   GSK      REVIEW ISSUES AND BEGIN DRAFT            .30
                   OF INSERT TO LISTING
                   AGREEMENT RE DUAL AGENCY
9/21/10   RLE      EXCHANGE EMAILS WITH K. ODNE             .10
                   REGARDING LIQUIDATING TRUSTEE
9/21/10   RLE      TELEPHONE CONFERENCE WITH B.             .10
                   HAEGLE REGARDING STATUS OF
                   INVESTIGATION
9/21/10   RLE      EXCHANGE EMAILS WITH B.                  .10
                   MONTGOMERY REGARDING
                   COMMITTEE MEETING AND BROKERS
9/21/10   RLE      PREPARE EMAIL TO DEBTOR'S                .10
                   COUNSEL REGARDING NATIONAL
                   YMCA CLAIM AND SUBORDINATION
                   IN PLAN
9/21/10   RLE      DRIVE TO AND FROM WALNUT                1.10
                   CREEK FOR COMMITTEE MEETING
9/21/10   RLE      ANALYZE ISSUES REGARDING PLAN            .40
                   STRUCTURE AND LIQUIDATING
                   TRUST
9/21/10   RLE      PARTICIPATE IN MEETING WITH            3.20
                   COMMITTEE, DEBTOR, REAL
                   ESTATE BROKERS AND
                   LIQUIDATING TRUSTEE CANDIDATE
9/21/10   KTC      OBTAIN MACDONALD &                       .10
```



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    8                    COMMITTEE REPRESENTATION

                        313468-   201  201010-06898    190


|          |     |                                                                                 |      |
|----------|-----|---------------------------------------------------------------------------------|------|
|          |     | ASSOCIATES' 1ST INTERIM FEE APPLICATION                                          |      |
| 9/22/10  | GSK | E-MAIL TO DEBTOR'S COUNSEL RE DUAL AGENCY LANGUAGE FOR LISTING AGREEMENT AND RESPONSE TO COMMENTS | .20  |
| 9/22/10  | GSK | E-MAIL TO DEBTOR'S COUNSEL RE SUGGESTED MODIFICATIONS TO CBRE LISTING AGREEMENT  | .10  |
| 9/22/10  | GSK | BEGIN MAKING REVISIONS AND MODIFICATIONS TO THE PLAN AND DISCLOSURE STATEMENT    | 2.90 |
| 9/22/10  | GSK | REVIEW CBRE DRAFT LISTING AGREEMENT AND MAKE ANNOTATIONS TO SAME                 | .50  |
| 9/23/10  | GSK | REVIEW VOICEMAIL MESSAGE FROM M. BRANAGH AND E-MAILS RE STATUS OF ALAMO PROPERTY | .20  |
| 9/23/10  | GSK | FURTHER REVIEW AND REVISIONS TO DEBTOR'S PLAN                                    | 3.80 |
| 9/23/10  | RLE | RETURN CALL OF G. ZEIZER REGARDING D&O CLAIM                                     | .10  |
| 9/23/10  | RLE | REVIEW REVISED PLAN                                                              | .30  |
| 9/23/10  | RLE | PROVIDE COMMENTS TO G. KLEINER REGARDING REVISED PLAN                            | .20  |
| 9/24/10  | GSK | REVIEW AND RESPOND TO E-MAIL FROM CREDITORS COMMITTEE RE PLAN                    | .20  |
| 9/24/10  | GSK | CONTINUE TO REVIEW AND MAKE MODIFICATION TO PLAN AND DISCLOSURE STATEMENT        | 6.60 |
| 9/24/10  | GSK | TELEPHONE CALL FROM TW STARKWEATHER RE LISTING AGREEMENT FOR ALAMO PROPERTY      | .20  |
| 9/24/10  | GSK | CALL AND E-MAILS REGARDING ALAMO EASEMENT AND PROBLEMS WITH DEBTOR'S MAINTENANCE OF SAME | .60  |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

```
Page    9                    COMMITTEE REPRESENTATION

                    313468-   201  201010-06898    190


9/24/10  RLE   TELEPHONE CONFERENCE WITH G.           .10
               KLEINER REGARDING PLAN ISSUES
9/24/10  RLE   REVIEW REVISED PLAN                    .20
9/24/10  RLE   ANALYZE ISSUES REGARDING PLAN          .20
               REVISIONS
9/25/10  KTC   OBTAIN UPDATED DOCKET AND              .20
               CLAIMS REGISTER
9/25/10  GSK   FURTHER REVIEW AND REVISIONS          2.90
               TO PLAN AND DISCLOSURE
               STATEMENT
9/25/10  RLE   REVIEW COOLEY FEE STATEMENTS           .20
9/26/10  RLE   REVISE DISCLOSURE STATEMENT            .50
9/26/10  RLE   REVISE PLAN                           1.80
9/26/10  RLE   EXCHANGE EMAILS WITH G.                .30
               KLEINER REGARDING PLAN ISSUES
9/26/10  GSK   FURTHER REVIEW AND REVISIONS           .80
               TO PLAN AND DISCLOSURE
               STATEMENT
9/27/10  KTC   ATTENTION RE BILLING ISSUE             .10
               FOR AUGUST 2010
9/27/10  KTC   OBTAIN OFC CAPITAL CORP CLAIM          .10
9/27/10  RLE   ANALYZE ISSUES REGARDING PLAN          .20
               AND DISCLOSURE STATEMENT
9/27/10  RLE   REVIEW EMAILS REGARDING PLAN           .10
               ISSUES
9/27/10  GSK   REVIEW AND ANNOTATE MACDONALD         1.00
               AND ASSOCIATES FEE
               APPLICATION
9/27/10  GSK   CALL WITH AND E-MAIL TO R.             .40
               FERNANDEZ RE PROPOSED
               REVISIONS TO THE PLAN AND
               DISCLOSURE STATEMENT
9/27/10  GSK   FURTHER REVIEW AND REVISIONS          2.40
               TO PLAN AND DISCLOSURE
               STATEMENT
9/27/10  KTC   CONVERSATION WITH W.                   .20
               SCHAEFFER AND M. SELLERS OF
               KPMG RE INTERIM COMPENSATION
               FEE APPLICATION
```



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

**Page    10**                   **COMMITTEE REPRESENTATION**

**313468-    201  201010-06898      190**

| Date | Init | Description | Hours |
|---|---|---|---|
| 9/28/10 | KTC | OBTAIN AUGUST 2010 MONTHLY OPERATING REPORT | .10 |
| 9/28/10 | KTC | PREPARE EMAIL SUMMARY TO G. KLEINER RE BILLING SUMMARY | .10 |
| 9/28/10 | GSK | REVIEW AND RESPOND TO E-MAIL RE FEE APPLICATION FROM R. EISENBACH | .20 |
| 9/28/10 | GSK | REVIEW DRAFT EMPLOYMENT DOCUMENTS FOR CBRE AND LISTING AGREEMENT AND SEND PROPOSED ANNOTATION TO DEBTOR'S COUNSEL | .40 |
| 9/28/10 | GSK | REVIEW AND RESPOND TO E-MAIL RE BPM FEE APPLICATION | .10 |
| 9/29/10 | RLE | ANALYZE ISSUES REGARDING PLAN REVISIONS | .20 |
| 9/29/10 | RLE | EXCHANGE EMAILS WITH K. ODNE REGARDING LIQUIDATING TRUSTEE | .20 |
| 9/29/10 | GSK | PREPARE FOR AND CALL WITH DEBTOR'S COUNSEL RE GLOBAL DISCUSSION OF PLAN AND DISCLOSURE STATEMENT | .80 |
| 9/29/10 | GSK | E-MAIL TO DEBTOR'S COUNSEL RE AGREED UPON AND OPEN ISSUES RE PLAN AND DISCLOSURE STATEMENT | .30 |
| 9/30/10 | GSK | REVIEW OBJECTION TO DISCLOSURE STATEMENT FILED BY RM HARRIS | .10 |
| 9/30/10 | GSK | REVIEW FILE AND DRAFT LIMITED OBJECTION TO INTERIM FEE APPLICATION OF MACDONALD AND ASSOCIATES AND BURR PILGER | .90 |
| 9/30/10 | GSK | E-MAIL TO AND FROM  R. FERNANDEZ RE EASEMENT ISSUES AND NEED FOR TITLE REPORT | .30 |
| 9/30/10 | GSK | CALLS AND E-MAILS TO R. FERNANDEZ RE PLAN AND DISCLOSURE STATEMENT ISSUES | .80 |



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

```
Page   11                COMMITTEE REPRESENTATION

                   313468-   201  201010-06898   190


9/30/10  GSK   REVIEW FILE AND E-MAIL TO R.              .60
               FERNANDEZ RE ADMINISTRATIVE
               CLAIM FEE CAP
9/30/10  GSK   BEGIN REVIEW OF MULTIPLE               1.70
               CHECKS PAID BY DEBTOR DURING
               PREFERENCE PERIOD AND E-MAIL
               TO DEBTOR'S COUNSEL RE SAME
9/30/10  GSK   ANALYZE ISSUES RE EASEMENT               .40
               ISSUES FOR ALAMO PROPERTY
9/30/10  KTC   PREPARE LETTER TO JUDGE                  .20
               JELLEN RE CHAMBER'S COPIES
               AND SERVICE OF COMMITTEE'S
               LIMITED OBJECTIONS TO
               PROFESSIONAL FEE APPLICATIONS
9/30/10  KTC   OBTAIN MATERIAL RE ORDER                .10
               GRANTING ABANDONMENT OF
               MODULAR FACILITY
9/30/10  KTC   OBTAIN MATERIAL RE RM HARRIS'           .10
               OBJECTION TO DISCLOSURE
               STATEMENT
9/30/10  SLG1  REVIEW GATEWAY EASEMENT               1.50
               DOCUMENTS TO DETERMINE
               RESPONSIBILITY FOR
               LANDSCAPING AND MAINTENANCE
9/30/10  RLE   REVIEW EMAILS AND CHECKS PAID           .70
               BY DEBTOR
9/30/10  RLE   ANALYZE PLAN STRUCTURAL                 .20
               ISSUES
9/30/10  RLE   REVIEW PLAN LANGUAGE                    .30
               REGARDING AVOIDANCE ACTIONS
9/30/10  RLE   REVIEW EMAIL REGARDING                  .10
               EASEMENT ISSUE
9/30/10  RLE   REVISE OBJECTION REGARDING              .20
               INTERIM FEE APPLICATIONS
9/30/10  RLE   ANALYZE ISSUES REGARDING               .30
               INTERIM FEE APPLICATIONS
9/30/10  RLE   TELEPHONE CONFERENCE WITH K.            .40
               ODNE REGARDING PLAN ISSUES
9/30/10  RLE   TELEPHONE CONFERENCE WITH B.            .50
```



ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX 415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
650 843-5000

New York, NY
212 479-6000

San Diego, CA
858 550-6000

Reston, VA
703 456-8000

Broomfield, CO
720 566-4000

Washington, DC
202 842-7800

Boston, MA
617 937-2300

Page    12                     **COMMITTEE REPRESENTATION**

                        313468-   201  201010-06898      190


```
                    HAEGELE, T. GAUSTAD REGARDING
                    INVESTIGATION
9/30/10  KTC   ELECTRONICALLY FILE                           .20
                    COMMITTEE'S LIMITED
                    OBJECTIONS TO PROFESSIONALS'
                    FEE APPLICATIONS
9/30/10  KTC   REVISE AND FINALIZE                           .40
                    COMMITTEE'S LIMITED OBJECTION
                    TO DEBTOR'S COUNSEL AND
                    ACCOUNTANTS' FEE APPLICATION              $42,528.00
```

Attorney Summary:

| Attorney/Paralegal | Rate | Hours | Fee |
|---|---|---|---|
| RLE  EISENBACH, ROBERT L. | 675 | 19.30 | 13,027.50 |
| CMS  SCHAIBLE, CHARLES M. | 580 | .20 | 116.00 |
| KTC  CACHIA, KRIS T. | 210 | 3.20 | 672.00 |
| GSK  KLEINER, GREGG S. | 575 | 48.50 | 27,887.50 |
| SLG1 GILBERT, SEAGRUMN L. | 550 | 1.50 | 825.00 |


**For costs and disbursements recorded through September 30, 2010:**


RESEARCH DATABASES / DOCUMENT RETRIEVAL          373.73

POSTAGE                                            2.00

TRANSPORTATION                                     6.20

REPRODUCTION OF DOCUMENTS                         20.40

                               TOTAL COSTS:     $402.33

                                    **TOTAL:**   $42,930.33